# New Hampshire Commission for Human Rights

**COMMISSIONERS**
CHRISTIAN KIM, CHAIR
DOUGLAS PALARDY
NANCY LEROY
BASRA MOHAMED
ELIZABETH ASCH
ADRIENNE EVANS
MELISSA MORIARTY

**EXECUTIVE DIRECTOR**
AHNI MALACHI

**ASSISTANT DIRECTOR**
SARAH E. BURKE COHEN, ESQ.

**INVESTIGATORS**
KATRINA E. TAYLOR
NICOLE LEMELIN
DANIEL DEYERMOND
JOYCE J. SAMUEL, ESQ.

**INTAKE COORDINATOR**
ERICA ROSIGNOL

**SECRETARY**
LARA PHILLIPS-RAMOVIC



2 INDUSTRIAL PARK DRIVE, BLDG.1
CONCORD, NEW HAMPSHIRE 03301
TEL (603) 271-2767
TDD Access: Relay NH 1-800-735-2964
FAX (603) 271-6339
E-MAIL: humanrights@hrc.nh.gov
www.nh.gov/hrc

August 21, 2023

Benjamin King, Esq.
Douglas Leonard & Garvey
14 South Street, Suite C211
Keene, NH 03431

Pierre Chabot, Esq.
Marielle Van Rossum, Esq.
Devine Millimet
111 Amherst Street
Manchester, NH 03101

RE:   Amro Farid v. Trustees of Dartmouth College
      ENOF(R) 0027-22          16D-2022-00027

Dear Parties:

The complaining party having provided the Commission with notice of intent of filing of a civil action in court in accordance with NH RSA 354-A:21-a, I & II, the Commission now dismisses this charge without prejudice.

The Commission will now close its file in this matter and take no further action.

Very truly yours,

*Ahni Malachi*
Ahni Malachi
Executive Director

AM/kt
*Enclosure*

RECEIVED AUG 2 5 2023