overleaf.com/project

Google Maps | Inbox - amro.farid... | Gmail - amfarid.mi... | LIINES-M | LIINES-S | LinkedIn | Stevens Email | CSIRO Outlook | MIT Zoom | Stevens Zoom | Stevens | CSIRO

# Overleaf

Features & Benefits ▾   Templates   Plans & Pricing   Help ▾   Projects   Account ▾

**New Project**

All Projects
Your Projects
Shared with you
Archived Projects
Trashed Projects

ORGANIZE PROJECTS

＋ New Tag

Get **10% off** Writefull premium—AI-based language feedback and TeXGPT to help you write great papers faster. Use code: **OVERLEAF10**

**Get Writefull for Overleaf**

## All Projects

You're using **Overleaf Premium** ⓘ

Search in all projects...

| Title | Owner | Last Modified | Actions |
|---|---|---|---|
| RC Fluidic System Notes | megstephh | 3 hours ago by megstephh | |
| 01-LIINES Manual | You | 3 days ago by You | |
| BSDF Documentation | You | 3 days ago by You | |
| Thesis - Dakota Thompson | dakota.j.thompson.th | 11 days ago by dakota.j.thompson.th | |
| Systemic Approach to QI | Inas Khayal | 13 days ago by Inas Khayal | |
| EIA Data Tools and Maps | You | a month ago by nmirigli | |
| AMES-ML Paper | You | a month ago by dakota.j.thompson.th | |
| The Hetero-Functional Graph Theory Toolbox and PetriNets | dakota.j.thompson.th | a month ago by dakota.j.thompson.th | |
| A Tensor-Based Formulation of Hetero-functional Graph Theory | You | a month ago by dakota.j.thompson.th | |





