UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| AMRO FARID,<br><br>                Plaintiff,<br><br>v.<br><br>TRUSTEES OF DARTMOUTH COLLEGE,<br><br>                Defendant. | CIVIL ACTION NO. 1:23-cv-00426-SM |

**ADDENDUM TO PLAINTIFF'S MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION TO EXTEND DISCOVERY AND TO TAKE TWO ADDITIONAL DEPOSITIONS OVER THE PRESUMPTIVE TEN ALLOWED UNDER RULE 30**

CERTIFICATE OF CONCURRANCE

I hereby certify that I conferred with counsel for Defendant on the filing of a Motion To File Reply but did not reach concurrence; however, Defendant's counsel stated he does <u>not</u> intend to file an objection.

                                  */s/ Joseph L. Sulman*
                                  Joseph Sulman

                         By: */s/ Mark M. Whitney*
                         Mark M. Whitney, NH Bar No. 11892
                         Kyle E. Cullen, NH Bar No.
                         WHITNEY LAW GROUP, LLC
                         11 State Street
                         Marblehead, MA 01945
                         (781) 631-4400
                         mwhitney@whitneylawgroup.com
                         kcullen@whitneylawgroup.com

                         By: */s/ Joseph L. Sulman*
                         Joseph L. Sulman, MA BBO #663635
                         (admitted *pro hac vice*)

                                                                              Law Office of Joseph L. Sulman, Esq.
                                                                              225 Bear Hill Road, Suite 240
                                                                              Waltham, MA 02451
                                                                              (617) 521-8600
Dated: February 7, 2025                                  jsulman@sulmanlaw.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that I served this document on counsel for Defendants by electronic mail on February 7, 2025

                                                 */s/ Joseph L. Sulman*
                                                 Joseph L. Sulman