UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| AMRO FARID,<br><br>                    Plaintiff,<br><br>            v.<br><br>TRUSTEES OF DARTMOUTH COLLEGE,<br><br>                    Defendant. | CIVIL ACTION NO. 1:23-cv-00426-SM |

### ADDENDUM/SUPPLEMENT TO PLAINTIFF'S MOTION FOR EXTENSION OF DISCOVERY DEADLINE

Plaintiff Amro Farid submits this addendum or supplement to his Motion To Extend Discovery Period (Docket No. 26) to inform the Court, in full transparency, that one of the two upcoming cases which his counsel was assigned on and proceeding to trial in March (*Barros v, Stafford Management*) has settled and will not go to trial. Plaintiff proceeds with the Motion To Extend based on all reasons for the Motion as stated in the Memorandum.

Respectfully submitted,

PLAINTIFF AMRO FARID

By his Attorneys,

By: */s/ Mark M. Whitney*
Mark M. Whitney, NH Bar No. 11892
Kyle E. Cullen, NH Bar No.
WHITNEY LAW GROUP, LLC
11 State Street
Marblehead, MA 01945
(781) 631-4400
mwhitney@whitneylawgroup.com
kcullen@whitneylawgroup.com

By: */s/ Joseph L. Sulman*
Joseph L. Sulman, MA BBO #663635

(admitted *pro hac vice*)
Law Office of Joseph L. Sulman, Esq.
225 Bear Hill Road, Suite 240
Waltham, MA 02451
(617) 521-8600
jsulman@sulmanlaw.com

Dated: February 21, 2025

## CERTIFICATE OF SERVICE

I hereby certify that I served this document on counsel for Defendants by electronic mail on February 21, 2025

*/s/ Joseph L. Sulman*
Joseph L. Sulman

2