# Thayer School of Engineering
## Faculty Roster
## Academic Year 2020/2021

**Tenure/Tenure-Track**

Professors – (19) ***
- Alexis Abramson, Dean
- Margaret Ackerman
- Ian Baker
- Benoit Cushman-Roisin
- George Cybenko
- Eric Fossum
- Tillman Gerngross {PT}
- Joseph J. Helble
- Lee R. Lynd {PT}
- Geoffrey P. Parker
- Keith D. Paulsen
- Brian Pogue
- Laura Ray
- Eugene Santos, Jr.
- Rahul Sarpeshkar
- Erland M. Schulson
- Charles R. Sullivan
- Stephen Taylor
- John Zhang

Associate Professors – (15) ***
- Sol Diamond
- Harold J. Frost
- Karl E. Griswold
- Ryan Halter
- Eric Hansen
- Geoffroy Hautier
- Jifeng Liu
- Kofi Odame
- Minh Q. Phan
- Jason T. Stauth
- B. Stuart Trembly
- Douglas Van Citters
- Vikrant Vaze
- Amro M. Farid [tt]
- Kimberley S. Samkoe [tt]

Assistant Professors – (7) ***
- Jiwon Lee [tt]
- Weiyang (Fiona) Li [tt]
- Yan Li [tt]
- Geoffrey P. Luke [tt]
- Colin Meyer [tt]
- Elizabeth Murnane [tt]
- William J. Scheideler [tt]

[total = 41 including Dean]

**Research/Instructional**

Research Professors – (5)
- Mary Albert**
- Paul Meaney
- Sohail Mirza
- Donald K. Perovich
- Shudong Jiang

Research Associate Professors – (3)
- Simon Shepherd**
- Fridon Shubitidze*
- Scott C. Davis*

Research Assistant Professors – (5)
- Petr Bruza
- Matthew D.J. McGarry
- Ethan Murphy
- Daniel G. Olson*
- Xu Cao

Instructional Professor – (3)
- Ronald C. Lasky**
- Vicki V. May**
- Petra Bonfert-Taylor**

Instructional Associate Professors – (3)
- Mark Laser**
- Christopher G. Levey**
- Peter J. Robbie**

Instructional Assistant Professors – (1)
- Eugene Korsunskiy**

[total = 20]

** Senior Lecturer
* Lecturer
***All tenured and tenured track professors are members of the <u>Faculty of Arts & Sciences.</u> (Professors, Associate Professors, and Assistant Professors). This does not included Research or Instructional at any rank.

NOTE - All Thayer faculty are members of the <u>General faculty.</u>

**EXHIBIT 4**
A. Farid
1/10/2025
Reporter: Sharon Saalfield, RDR, CRR