October 28, 2021

President Hanlon, Dean of the Faculty Smith, Members of the CAP:

The Review Committee has met several times to consider Prof. Farid's Procedural Appeal of Tenure Denial. We have reviewed the materials sent to us by attorney Joseph Sulman and the documents we requested from the Thayer School through Dean Abramson. We have unanimously concluded that procedural errors occurred that could reasonably have affected Prof. Farid's tenure case. Our experiences from three different divisions and many tenure and promotion cases left us, perhaps surprisingly, in thorough agreement. There are no question marks for us in relation to our charge about procedural errors. We did not consider whatsoever whether Prof. Farid should have been promoted to Associate (or Full) Professor with tenure or not. Given that procedures exist, they should indeed be followed as closely as possible.

**Procedural Error #1:** We agree that the Associate Dean did not appropriately explain the ramifications of deciding to submit the tenure dossier.

**Procedural Error #2:** We reject this claim on the basis that these issues did not materially affect the case in a different way from Procedural Error #1.

**Procedural Error #3:** We agree on the basis that evidence existed for a new set of Thayer procedures in development and that it was unclear which set of procedures was being followed (A&S or Thayer, new or old).

**Procedural Error #4:** We agree on the basis that a conversation between the candidate and a dean after the vote and before the case goes to the CAP, did not happen at the correct time per Item 4, page 35 and Item 7, page 38 and of the Faculty Handbook.

Though we were not asked about this, we note that the Prof. Farid was appointed as an associate professor without tenure, a status for which some guidelines exist (see below). However, everything in the record that was shared with us indicates that Prof. Farid was treated as an assistant professor.

In the course of our discussions, it became apparent to us that two issues are not spelled out clearly enough in the current Faculty Handbook. First, while it is stated unequivocally that a candidate gets only "one bite at the apple" of tenure in the section that constitutes the Guide to the Department (second to last sentence of Item 3, page 31), this important detail should also be clearly communicated in the Guide to the Candidate section. Second, procedures for individuals hired as associate professors without tenure should be featured more prominently and spelled out more thoroughly in the Handbook (currently only one sentence on page 33). Finally, there remains the question of whether the Handbook in effect when a candidate is hired, or when a candidate comes up for promotion or tenure, is to be followed. This issue should be spelled out clearly to the candidate both at the point of hire and at the point of deciding to come up for tenure or promotion.

Sincerely,
Miles Blencowe, Chair
Patricia M. Anderson
Irene Kacandes