

December 2, 2021

*Via E-Mail*
Amro M. Farid, PhD
amfarid@dartmouth.edu

Dear Dr. Farid,

On September 1, 2021, you, through your attorney, submitted a written appeal of the denial of your application for tenure by the Thayer School of Engineering, which alleged the College's non-discrimination policy had been violated. The College determined that an external investigator would be appropriate to review your appeal.

Frances Haas, Esq. conducted a detailed investigation into the claims that you reported. Attorney Haas interviewed you and other individuals, and considered the documents and information that you and others shared. She completed her review and shared her conclusions on November 24, 2021.

This letter is to provide you with the conclusions of the Office of Institutional Diversity & Equity ("IDE"). Specifically, IDE has concluded that the conduct you reported did not violate the College's non-discrimination policy.

IDE's conclusions are summarized below:

- There was no evidence in the tenure review process that suggested the adverse tenure decision amounted to discrimination based on your status as an Arab Muslim.

- There was no evidence to suggest that discrimination played any role in former Dean and Provost Helble's behavior toward you and there was no evidence that showed he had any control, influence, or decision-making power with respect to the tenure decision.

- There was no evidence that any inherent bias in student evaluations was a factor, much less a decisive factor, in the adverse tenure decision.

- Evidence that you provided regarding how Dartmouth handled funding and a Fulbright opportunity did not demonstrate discrimination as to the tenure decision.

- To the extent there were rumors about a "toxic" environment in your lab, that issue was not raised in your tenure review and is not evidence of discrimination.

- Professor Khayal's internal complaints or concerns were not part of the tenure discussion.

14 N. Main Street Parkhurst Hall 006  •  HB 6018
Hanover, NH 03755
Institutional.diversity.&.equity@dartmouth.edu
www.dartmouth.edu/~ide

TDC-0016132

- Even assuming your perception that Dartmough under-utlized your expertise in Energy Systems is accurate, it was immaterial and did not indicate discriminatory bias.

- The level of collaboration among other faculty at Dartmouth was not evidence of discrimination.

- The lack of invitations to serve on doctoral committees for PhD students was not evidence of discrimination.

- Your involvement in the Energy faculty search did not demonstrate discrimination.

- The reception to your suggestion about modifying a course schedule was not evidence of discrimination.

- There was no evidence to suggest that any procedural issue you alleged, identified, or referred to was motivated by your status as an Arab Muslim.

For these reasons, IDE has determined that discrimination has not occurred and, therefore, no additional review is necessary by the Committee Advisory to the President.

Please note that you are protected from retaliation. If you have any concerns based on retaliation for protected activity (e.g. filing this appeal), please do not hesitate to contact IDE. For a confidential support resource, please consider reaching out to the Faculty/Employee Assistance Program (F/EAP). They can be reached at 844-216-8308.

I sincerely appreciate that you raised your concerns and am available if you have any questions.


Sincerely,

*Kristi Clemens*

Kristi Clemens
Assistant Vice President for Equity and Compliance
Title IX Coordinator

14 N. Main Street Parkhurst Hall 006 • HB 6018
Hanover, NH 03755
Institutional.diversity.&.equity@dartmouth.edu
www.dartmouth.edu/~ide

TDC-0016133