1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW HAMPSHIRE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

AMRO FARID

     vs.                                  23-cv-426-SM

TRUSTEES OF DARTMOUTH COLLEGE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

   DEPOSITION BY ZOOM OF ANDREW CAMPBELL, a witness called on behalf of the Plaintiff, pursuant to the Rules of Civil Procedure, before Karen D. Pomeroy, Registered Diplomate Reporter and Licensed Court Reporter (No. 71) in and for the State of New Hampshire, at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮, on Thursday, February 20th, 2025, commencing at 9:32 a.m.

```
 1   APPEARANCES:
 2   JOSEPH L. SULMAN, ESQUIRE
 3   Law Office of Joseph L. Sulman
 4   255 Bear Hill Road, Suite 204
 5   Waltham, Massachusetts 02451
 6   For the Plaintiff
 7
 8
 9   PIERRE CHABOT, ESQUIRE
10   Devine Millimet
11   111 Amherst Street
12   Manchester, New Hampshire 03101
13   For the Defendant
14
15
16   Also Present:   Amro Farid
17
18
19
20
21
22
23
24
```

```
                                                                    3
 1                              INDEX
 2    DEPOSITION OF ANDREW CAMPBELL                              PAGE
 3    Examination by Mr. Sulman
 4
 5
 6
 7
 8
 9                             EXHIBITS
10    Number                                                    Page
11    Exhibit 1   Campbell Website Pages                          136
      Exhibit 2   CTBH Center Highlights Document                 136
12    Exhibit 3   Augmented Health Lab Website Pages              136
      Exhibit 4   Abstract of Campbell Journal Article            136
13    Exhibit 5   Research Misconduct Policy and
                  Procedures                                      136
14    Exhibit 6   8/2/23 Email                                    136
      Exhibit 7   9/21/23 Email Chain                             136
15    Exhibit 8   7/21/23 Email Chain                             136
      Exhibit 9   10/26/23 Email Chain                            136
16    Exhibit 10  11/20/23 Email Chain                            136
      Exhibit 11  12/9/23 Email Chain                             136
17    Exhibit 12  1/15/24 Email Chain                             136
      Exhibit 13  1/22/24 Email                                   136
18    Exhibit 14  Farid Production Documents, 185 pp.             136
      Exhibit 15  2/21/24 Email Chain                             136
19    Exhibit 16  2/23/24 Email Chain                             136
      Exhibit 17  2/29/24 Email Chain                             136
20    Exhibit 18  3/5/24 Email Chain                              136
      Exhibit 19  3/20/24 Email Chain                             136
21
22
23
24    Exhibits Attached
```

4

1                    STIPULATIONS
2         It is stipulated by and between counsel for
3     the respective parties that the deposition
4     transcript is to be read and signed by the
5     deponent under the pains and penalties of
6     perjury; and that the sealing and filing thereof
7     are waived; and that all objections, except as to
8     form, and motions to strike are reserved until
9     the time of trial.
10                        * * *
11                    ANDREW CAMPBELL,
12     having been duly remotely sworn by the
13     reporter, was deposed and testified as
14     follows:
15                      EXAMINATION
16  BY MR. SULMAN:
17  Q.  Good morning, sir.
18  A.  Good morning.
19  Q.  Okay.  Can you please state your name for the
20     record.
21  A.  Andrew Campbell.
22  Q.  And would you like me to call you Dr. Campbell?
23     Andrew?  How would you like me to call you
24     today?

1       decision making, and I certainly didn't have time
2       to do the opposite.
3            So that was the conflict really.  I felt the
4       right thing was for the committee to actually
5       understand and process all of the information and
6       make a -- you know, a good, well-understood
7       judgment based on that.
8            For me that was the right way to go, but the
9       conflict was that would mean hundreds of hours.
10      I'd literally have to give up all the things I
11      was doing at the time, teaching, et cetera; so I
12      felt a struggle with that and the alternative,
13      which is to push it into the domain of experts
14      and so many reports going back to the committee.
15  Q.  And is that what led to your resignation from the
16      committee?
17  A.  Yes.
18  Q.  So can you summarize for me why you resigned from
19      the committee?
20          MR. CHABOT:  Asked and answered.  Go ahead.
21  A.  You want me to summarize all the things I just
22      said to you?
23  BY MR. SULMAN:
24  Q.  Yeah.  It was kind of over five minutes.  Can you

1    just summarize why you resigned from the
2    committee.
3         MR. CHABOT:  Same objection.  Sorry.
4  A. I felt that --
5  BY MR. SULMAN:
6  Q. Go ahead.
7  A. I felt that it -- you know, I felt the committee
8     had -- in my opinion, had moved from the very
9     early period when it was operating, which in my
10    mind was, well, we had the paper; we had
11    interviewed Prabhat; we'd given Professor Farid
12    an opportunity to respond -- to meet the
13    committee.
14         At that point, with the information that we
15    had, before we had -- and I don't recall exactly
16    the date that we got the response from
17    Professor Farid, but in that early phase, to me,
18    the -- the workings of the committee were clear
19    cut and I had a clear-cut opinion about what had
20    happened here.
21         Then, post that additional information that
22    we had, I felt it moved into a completely
23    different domain where I struggled with the fact
24    that to do the right job, I would need hundreds

67

1     of hours of my time; and I couldn't do that, and
2     I didn't feel comfortable with it being in the
3     domain of experts telling me their opinion,
4     right.
5         So that was the conflict that was set up in
6     my mind and ultimately led me to decide that I
7     could no longer, you know, work on the committee.
8 Q. And when you -- and when you resigned from the
9     committee, had you made any determinations on the
10    allegations?
11 A. Well, I think, you know, it's -- that's a very
12    interesting question, and maybe I'll answer it
13    this way.
14        It really was like a moving target.  That's
15    probably got the wrong analogy, but the amount of
16    information, particularly the last set of -- the
17    response from Professor Farid moved -- it -- you
18    know, it sort of moved the committee's work into
19    a -- sort of like -- you know, it sort of scaled
20    up what we needed to do because it -- to be fair
21    to Professor Farid, and of course that's what we
22    wanted to do, we'd have had to have gone through
23    each of his responses in -- I don't know how many
24    pages were in that document, over 200, and

68

1  actually convinced ourselves that he was right or
2  wrong, right, in his assessment of what happened,
3  and that was a massive undertaking, right, for
4  me.
5      So at that point, when I read his document,
6  without coming to any conclusions about what he
7  was writing about, I felt overwhelmed.  That
8  was -- I felt overwhelmed.
9      But at the very early phases when we were
10  just looking at the early LaTeX or the early,
11  sorry, Overleaf from the student and what was,
12  you know, the initial ideas that were in the
13  paper that Prabhat provided to us, right, and
14  the -- and the published -- and the published
15  document, it was -- it was very clear to me --
16  and again this was early -- you know, I'm trying
17  to be very clear here.
18      So in the course of this whole, I don't know,
19  investigation I was involved in, in the early
20  phases before we got the response from -- from
21  Professor Farid, it seemed to me that the
22  allegations were correct in my mind; that what
23  had happened here was that the student had worked
24  on some ideas that were in the paper that ended

1   up in the final publication, and so early -- you
2   know, early on in -- whilst we never came to --
3   whilst we never wrote down any specific summary,
4   but in our discussions, I personally felt that
5   there was a strong case for research
6   misconduct.
7 Q. But that was before you received any response
8   from Professor Farid?
9 A. Yes, exactly. I want to make that clear. Things
10  changed, right, and I'd describe it as, you know,
11  the waters got muddied by the fact that we got
12  this and we had to, of course, take that into
13  account; so my opinions were set aside at that
14  point based on the early information that we got
15  in the committee; and with an open mind, I had to
16  say to myself, okay, well, now we have to
17  consider this, right; so -- but the early phases,
18  you know, because I myself am an advisor; I
19  myself have worked, you know, with students on
20  lots of papers, and the idea of like working with
21  a young Ph.D. student on a paper and for that
22  paper not to acknowledge him in any way seemed to
23  me to run counter to certainly everything that
24  I -- that I stand on as an academic.

1           So the early evidence strongly seemed to me
2      to be like it was a -- you know, in the sort of
3      like the Dartmouth plagiarism description, it was
4      sort of a significant departure from what I would
5      expect any academic to do in research.
6  Q.   Thank you.
7           MR. SULMAN:  Off the record.
8  (Recess was taken from 11:05 a.m. until 11:22 a.m.)
9  BY MR. SULMAN:
10 Q.   Professor Cambell, I've sent you Exhibit 6
11     through the chat box.  Let me know when you have
12     it open.
13 A.   I don't see anything in chat.  Okay.  I see that.
14     Yeah.
15 Q.   Okay.  Exhibit 6 is an email from Prabhat Hegde
16     to yourself, Prasad Jayanti, and an email -- is
17     that Professor Loparo's email?
18          MR. CHABOT:  Object to the form.
19          You can answer.
20 A.   In this attachment, I only see an email.
21 Q.   Right.
22 A.   Okay.
23 Q.   This is an email from Prabhat Hegde on
24     August 2nd; right?