CONFIDENTIAL

EXHIBIT

3-10-25  Exhibit 3

# AUTHORSHIP GUIDELINES

Authorship is important to the reputation, professional advancement, and financial support of individuals, and to the reputation of Dartmouth College. The following guidelines are offered to help authors be aware of their responsibilities.

## General Principles of Authorship

1. Principles of authorship should apply to all scholarly work.

2. Authorship assigns responsibility and accountability for the content of scholarly work and intellectual products.

3. Authorship gives credit for intellectual work.

4. Authorship assumes independence from any agreements that could limit, or be perceived to limit, the analysis, interpretation and/or publication of data

5. Information and data should be reported truthfully and completely.  Plagiarism, fabrication, and falsification are unacceptable practices subject to Dartmouth Research Misconduct Policy and Procedures:  http://www.dartmouth.edu/~legal/policies/research-misconduct.html

## Criteria for Authorship

**Note:  Criteria for authorship should be based on the accepted practice in the particular discipline and the guidelines of the specific publisher / journal.  The following information is provided for guidance.**

1. An author should have made substantial contributions to the scholarly work and intellectual process.  Examples of activities considered to be a substantial contribution may include one or more of the following: creating the original idea, project planning, experimental work, data collection, analysis, interpretation.

2. An author should be able to articulate and defend their contribution to the scholarly work.  They should know and be able to explain how their contribution relates to the overall project.

3. As single contributions, the acquisition of funding, the provision of technical services and/or materials, the collection of data, or the general supervision of a research group are generally not adequate to justify authorship.

4. Honorary (named author who has not met authorship criteria), planted (author named without his/her knowledge or consent), guest (individual not named as author but who has contributed substantially to the work), and relinquished (person meeting the criteria

TDC-0009639

CONFIDENTIAL

for authorship but ceding authorship to co-workers who may or may not have met the criteria) authorships are not acceptable.

## Implementation of Authorship

1. The primary author should carefully review the policies and procedures of the journal prior to submission in order to adhere to all applicable requirements.

2. Authorship should be discussed early and reviewed periodically in every collaborative relationship.

3. One author (primary/senior/submitting/responsible) should assure the following:
    a. Each author meets criteria for authorship;
    b. Each author has reviewed the whole scholarly work,
    c. Each author has consented to authorship prior to the submission of the product.

4. One author should assume responsibility for coordinating the completion and submission of the work, for assuring adherence to the rules of submission, and for coordinating responses to inquiries or future challenges.

5. Junior researchers and students meeting the criteria for authorship must be included as authors.

6. The order of authorship may not necessarily indicate the magnitude of the contributions of the individual authors. Authors should adhere to the norm of their discipline and the publisher's guidelines. The following are suggestions for determining order:
    a. The person who has made the major contribution to the product and/or taken the lead in writing should be first author;
    b. The person who has general responsibility for the project is frequently listed last;
    c. Authors who have made major contributions to analysis, interpretation, or writing may be listed immediately following the first author;
    d. Individuals who fulfil the criteria for authorship may be listed in alphabetical order.

7. Authors should attempt to resolve authorship disputes themselves. If disputes cannot be settled they should be referred to a third party (department chair, Dean, or Provost) for resolution.

## Conflict of Interest

1. Authors should be careful to avoid conflicts of interest; where a relationship that presents an actual or potential conflict cannot reasonably be avoided, it should be disclosed. Obvious examples of conflicts include situations where an author, or the

v.0307                                    2

TDC-0009640

CONFIDENTIAL

author's spouse or dependent children, has a significant financial relationship that could affect or be affected by the scholarly work.  Less obvious examples include: situations where the author is related to, or involved in an academic dispute with, a person whose work the author is critiquing; and situations where the author has taken a public advocacy position on a matter of policy relevant to the research.  For further information on conflicts of interest in research, see:
http://www.dartmouth.edu/~osp/resources/policies/dartmouth/cofinterest.html.
The Vice Provost for Research, the Office for Sponsored Projects, and the Office of the General Counsel are also available to advise on conflict questions.

2.  Many journals have their own conflict disclosure policies.  Authors submitting manuscripts to journals should consult the journals' policies, as they vary.

3.  Authors should clearly describe the role of the study sponsor in study design, in the collection, analysis and interpretation of data, in the writing, review, or approval of the report, and in the decision to submit the report for publication.

TDC-0009641