[4] A. M. Farid, "Product Degrees of Freedom as Manufacturing System Reconfiguration Potential Measures," *International Transactions on Systems Science and Applications – invited paper*, vol. 4, no. 3, pp. 227–242, 2008. [Online]. Available: http://engineering.dartmouth.edu/liines/resources/Journals/IEM-J04.pdf

[3] W. Covanich, D. McFarlane, J. Brusey, and A. M. Farid, "Ready configuration of machines into an existing manufacturing system," *International Journal of Agile Manufacturing*, vol. 10, no. 528 CP, pp. 41–50, 2007. [Online]. Available: http://dx.doi.org/10.1049/cp:20070006

[2] A. M. Farid and D. C. McFarlane, "A Design Structure Matrix Based Method for Reconfigurability Measurement of Distributed Manufacturing Systems," *International Journal of Intelligent Control and Systems Special Issue – invited paper*, vol. 12, no. 2, pp. 118–129, 2007. [Online]. Available: http://engineering.dartmouth.edu/liines/resources/Journals/IEM-J02.pdf

[1] M. A. Pravia, N. Boulant, J. Emerson, A. M. Farid, E. M. Fortunato, T. F. Havel, R. Martinez, and D. G. Cory, "Robust control of quantum information," *Journal of Chemical Physics*, vol. 119, no. 19, pp. 9993–10 001, 2003. [Online]. Available: http://dx.doi.org/10.1063/1.1619132

## Journal Papers Under Review

[7] S. O. Muhanji, S. Golding, T. Montgomery, C. Below, and A. M. Farid, "A Distributed Economic Model Predictive Control Design for a Transactive Energy Market Platform in Lebanon, NH," *IEEE Journal of Emerging and Selected Topics in Industrial Electronics: on Industrial Agents: Concepts, Technologies, and Applications (in revision)*, 2021. [Online]. Available: https://arxiv.org/abs/2012.04058

[6] D. Thompson and A. M. Farid, "A Reference Architecture for the American Multi-Modal Energy System," *(submitted to:) IEEE Systems Journal*, 2020. [Online]. Available: https://arxiv.org/abs/2012.14486

[5] A. M. Farid, D. Thompson, P. Hegde, and W. C. Schoonenberg, "A Tensor-Based Formulation of Hetero-functional Graph Theory," *submitted to: Nature Scientific Reports*, vol. 1, no. 1, p. 25, 2021. [Online]. Available: https://arxiv.org/abs/2101.07220

[4] D. Thompson, W. C. Schoonenberg, and A. M. Farid, "A Hetero-functional Graph Resilience Analysis of the Future American Electric Power System," *IEEE Access (in revision)*, vol. 1, no. 1, p. 11, 2020. [Online]. Available: https://arxiv.org/abs/2006.10678

[3] D. Thompson, P. Hegde, I. Schoonenberg, Wester C.H.and Khayal, and A. M. Farid, "The Hetero-functional Graph Theory Toolbox," *submitted to: Journal of Open Research Software*, vol. 1, no. 1, p. 11, 2020. [Online]. Available: https://arxiv.org/abs/2005.10006

[2] A. M. Farid, A. Viswanath, R. Al Junaibi, D. Allan, T. Van der Wardt, and P. Hegde, "The Abu Dhabi Electric Vehicle Integration Study," *(submitted to) Sustainable Cities and Society*, vol. 1, no. 1, p. 20, 2020.

[1] I. S. Khayal and A. M. Farid, "A Dynamic System Model for Personalized Healthcare Delivery and Managed Individual Health Outcomes," *submitted to: Health Systems*, vol. 1, no. 1, pp. 1–18, 2020. [Online]. Available: https://arxiv.org/abs/1910.09104

TDC-0003655

# Refereed Conference Papers

[76] S. O. Muhanji, S. Golding, T. Montgomery, C. Below, and A. M. Farid, "Developing a Blockchain Transactive Energy Control Platform in Lebanon to Transform the New Hampshire Electricity Market." in *IEEE Transactive Energy Systems Conference*, A Virtual Event, 2020, pp. 1–6.

[75] S. O. Muhanji and A. M. Farid, "Distributed Economic Model Predictive Control of an Electric Power System Using ALADIN." in *International Federation of Automation Control (IFAC)-Cyber-Physical and Human Systems - 3rd CPHS 2020*, Shanghai, China, 2020, pp. 1–6.

[74] A. M. Farid and C. Below, "De 19-197 statewide multi-use online energy data platform data request on the testimony of dr. amro farid," in *New Hampshire Public Utilities Commission Docket 19-197*, Concord, NH, 2020, pp. 1–23. [Online]. Available: http://engineering.dartmouth.edu/liines/resources/Conferences/SPG-C74.pdf

[73] A. M. Farid, J. Brennan, S. Golding, A. Salas, K. McGhee, P. Martin, D. Kries, and C. Below, "De 19-197 statewide multi-use online energy data platform stakeholder use case reconciliation: A requirements engineering approach," in *New Hampshire Public Utilities Commission Docket 19-197*, Concord, NH, 2020, pp. 1–90. [Online]. Available: http://engineering.dartmouth.edu/liines/resources/Conferences/SPG-C73.pdf

[72] A. M. Farid, S. Golding, A. Salas, K. McGhee, C. Below, and P. Martin, "DE 19-197 Statewide Multi-Use Online Energy Data Platform Responses to the Questions Posed by the Utility Coalition on the Use Cases Proposed by Local Government Coalition (LGC)," in *New Hampshire Public Utilities Commission Docket 19-197*, Concord, NH, 2020, pp. 1–90. [Online]. Available: http://engineering.dartmouth.edu/liines/resources/Conferences/SPG-C72.pdf

[71] A. M. Farid, S. Golding, A. Salas, K. McGhee, C. Below, and P. Martin, "DE 19-197 Statewide Multi-Use Online Energy Data Platform Use Cases Proposed by Local Government Coalition," in *New Hampshire Public Utilities Commission Docket 19-197*, Concord, NH, 2020, pp. 1–35. [Online]. Available: http://engineering.dartmouth.edu/liines/resources/Conferences/SPG-C71

[70] A. M. Farid, "Towards Multi-Modal Army Base Energy Management Systems," in *White Papers for the National Academies Power the U.S. Army of the Future Study*, Washington, D.C. USA, 2020, pp. 1–8. [Online]. Available: http://engineering.dartmouth.edu/liines/resources/Conferences/[ISC-C70]

[69] A. M. Farid, S. Golding, and A. Salas, "DE 19-197 Statewide Multi-Use Online Energy Data Platform Scoping Comment Solicitation," in *New Hampshire Public Utilities Commission Docket 19-197*, Concord, NH, 2020, pp. 1–20. [Online]. Available: http://engineering.dartmouth.edu/liines/resources/Conferences/SPG-C69.pdf

[68] D. Thompson, W. C. Schoonenberg, and A. M. Farid, "A Hetero-functional Graph Analysis of Electric Power System Structural Resilience," in *IEEE Innovative Smart Grid Technologies Conference North America*, Washington, DC, United states, 2020, pp. 1–5. [Online]. Available: http://dx.doi.org/10.1109/ISGT45199.2020.9087732

[67] S. O. Muhanji, C. Below, T. Montgomery, and A. M. Farid, "Towards a Shared Integrated Grid in New Englands Energy Water Nexus," in *IEEE International Symposium on Technology and Society*, Boston, MA, United states, 2019, pp. 1–7. [Online]. Available: http://dx.doi.org/10.1109/ISTAS48451.2019.8938013

TDC-0003656

[66] M. Moghaddam and A. M. Farid, "Reconfigurable Multi-Agent Manufacturing through Deep Reinforcement Learning: A Research Agenda," in *9th IFAC Conference on Manufacturing Modelling, Management and Control*, Berlin, Germany, 2019, pp. 1–5. [Online]. Available: http://engineering.dartmouth.edu/liines/resources/Conferences/IEM-C66.pdf

[65] S. O. Muhanji, A. Muzhikyan, G. Moynihan, D. Thompson, Z. Berzolla, and A. M. Farid, "2017 ISO New England System Operational Analysis and Renewable Energy Integration Study," in *IEEE Systems of Systems Conference*, Anchorage, AK,USA, 2019, pp. 1–6. [Online]. Available: http://dx.doi.org/10.1109/SYSOSE.2019.8753837

[64] T. I. Strasser, F. P. Andren, P. Vrba, R. Suhada, V. Moulis, A. M. Farid, and S. Rohans, "An Overview of Trends and Developments of Internet of Things Applied to Industrial Systems," in *44th Annual Conference of the IEEE Industrial Electronics Society*, Washington, D.C. USA, 2018, pp. 1–8. [Online]. Available: http://dx.doi.org/10.1109/IECON.2018.8591431

[63] I. Khayal and A. Farid, "Designing Patient-Oriented Healthcare Services as Systems of Systems," in *2018 IEEE Systems of Systems Conference*, Paris, France, 2018, pp. 1–7. [Online]. Available: http://dx.doi.org/10.1109/SYSOSE.2018.8428716

[62] I. Khayal and A. Farid, "Designing Smart Cities for Citizen Health and Well-being," in *Proceedings of the 2017 IEEE International Summer School on Smart Cities (IEEE S3C)*, Natal, Brazil, August 2017, pp. 1–6. [Online]. Available: http://dx.doi.org/10.1109/S3C.2017.8501366

[61] I. Khayal and A. Farid, "An Architecture for a Cyber-Physical Healthcare Delivery System with Human Agents," in *Proceedings of the 2017 IEEE International Summer School on Smart Cities (IEEE S3C)*, Natal, Brazil, August 2017, pp. 1–8. [Online]. Available: http://dx.doi.org/10.1109/S3C.2017.8501374

[60] W. C. Schoonenberg and A. M. Farid, "Modeling Smart Cities with Hetero-functional Graph Theory," in *2017 IEEE International Conference on Systems, Man, and Cybernetics (SMC2017), Intelligent Industrial System Special Session*, vol. 1, no. 1, Banff, Canada, 2017, pp. 1–10. [Online]. Available: http://dx.doi.org/10.1109/SMC.2017.8122848

[59] I. Khayal and A. M. Farid, "A Dynamic Model for a Cyber-Physcal Healthcare Delivery System with Human Agents," in *2017 IEEE International Conference on Systems, Man, and Cybernetics (SMC2017), Intelligent Industrial System Special Session*, Banff, Canada, October 2017, pp. 1–6. [Online]. Available: http://dx.doi.org/10.1109/SMC.2017.8123195

[58] I. Khayal and A. M. Farid, "The Application of Model-Based Systems Engineering to the Practice of Clinical Medicine," in *Proceedings of the 11th Annual IEEE International Systems Conference*, Montreal, Quebec, Canada, April 2017, pp. 1–5. [Online]. Available: http://dx.doi.org/10.1109/SYSCON.2017.7934734

[57] D. F. Allan, T. Mezher, and A. M. Farid, "Enhanced Electric Vehicle Adoption Scenarios for Abu Dhabi Road Transportation," in *UAE Graduate Students Research Conference*, Al Ain, UAE, 2016, pp. 1–2. [Online]. Available: http://engineering.dartmouth.edu/liines/resources/Conferences/TES-C57.pdf

[56] M. M. AlKaabi and A. M. Farid, "Axiomatic Design Approach to Building Retrofitting for Energy Efficiency: A Case Study of an Office Building in Abu Dhabi," in *UAE Graduate Students Research Conference*, Al Ain, UAE, 2016, pp. 1–2. [Online]. Available: http://engineering.dartmouth.edu/liines/resources/Conferences/IES-C56.pdf

TDC-0003657

[55] A. Muzhikyan, A. M. Farid, and T. Mezher, "The Impact of Wind Power Geographical Smoothing on Operating Reserve Requirements," in *IEEE American Control Conference*, Boston, MA, USA, 2016, pp. 1–6. [Online]. Available: http://dx.doi.org/10.1109/ACC.2016.7526593

[54] B. Liner and A. M. Farid, "Extending the utility analysis and integration model at the energy water nexus," in *First IEEE International Smart Cities Conference*, Guadalajara, Mexico, 2015, pp. 1–4. [Online]. Available: http://dx.doi.org/10.1109/ISC2.2015.7366173

[53] H. Abdulla and A. M. Farid, "Extending the energy-water nexus reference architecture to the sustainable development of agriculture, industry & commerce," in *First IEEE International Smart Cities Conference*, Guadalajara, Mexico, 2015, pp. 1–7. [Online]. Available: http://dx.doi.org/10.1109/ISC2.2015.7366166

[52] M. Konig, T. Kaddoura, J. Jacob, and A. M. Farid, "The role of resource efficient decentralized wastewater treatment in smart cities," in *First IEEE International Smart Cities Conference*, Guadalajara, Mexico, 2015, pp. 1–5. [Online]. Available: http://dx.doi.org/10.1109/ISC2.2015.7366155

[51] B. Jiang, A. Muzhikyan, A. M. Farid, and K. Youcef-Toumi, "Impacts of industrial baseline errors in demand side management enabled enterprise control," in *IECON 2015 – 41st Annual Conference of the IEEE Industrial Electronics Society*, Yokohama, Japan, 2015, pp. 1–6. [Online]. Available: http://dx.doi.org/10.1109/IECON.2015.7392637

[50] A. M. Farid, "Designing multi-agent systems for resilient engineering systems (invited paper)," in *Holomas 2015 7th International Conference on Industrial Applications of Holonic and Multi-Agent Systems*, Valencia, Spain, 2015, pp. 1–6. [Online]. Available: http://dx.doi.org/10.1007/978-3-319-22867-9_1

[49] D. F. Allan and A. M. Farid, "A benchmark analysis of open source transportation-electrification simulation tools," in *2015 IEEE Conference on Intelligent Transportation Systems*, Las Palmas de Gran Canaria Canary Islands, Spain, 2015, pp. 1–7. [Online]. Available: http://dx.doi.org/10.1109/ITSC.2015.198

[48] W. C. Schoonenberg and A. M. Farid, "A dynamic production model for industrial systems energy management," in *2015 IEEE International Conference on Systems Man and Cybernetics*, Hong Kong, 2015, pp. 1–7. [Online]. Available: http://dx.doi.org/10.1109/SMC.2015.14

[47] A. Muzhikyan, A. M. Farid, and K. Youcef-Toumi, "An Enhanced Method for Determination of the Regulation Reserves," in *IEEE American Control Conference*, Los Angeles, CA, USA, 2015, pp. 1–8. [Online]. Available: http://dx.doi.org/10.1109/ACC.2015.7170866

[46] A. Muzhikyan, A. M. Farid, and K. Youcef-Toumi, "An Enhanced Method for Determination of the Ramping Reserves," in *IEEE American Control Conference*, Los Angeles, CA, USA, 2015, pp. 1–8. [Online]. Available: http://dx.doi.org/10.1109/ACC.2015.7170863

[45] B. Jiang, A. M. Farid, and K. Youcef-Toumi, "Impacts of industrial baseline errors on demand side management in day-ahead wholesale markets," in *Proceedings of the ASME Power & Energy 2015: Energy Solutions for Sustainable Future*, San Diego, CA, 2015, pp. 1–7. [Online]. Available: http://engineering.dartmouth.edu/liines/resources/Conferences/SPG-C45.pdf

[44] B. Jiang, A. M. Farid, and K. Youcef-Toumi, "A comparison of day-ahead wholesale market: Social welfare vs industrial demand side management," in *IEEE International Conference on Industrial*

TDC-0003658

*Technology*, Sevilla, Spain, 2015, pp. 1–7. [Online]. Available: http://dx.doi.org/10.1109/ICIT.2015.7125502

[43] A. Muzhikyan, A. M. Farid, and K. Youcef-Toumi, "A Power Grid Enterprise Control Method for Energy Storage System Integration," in *IEEE Innovative Smart Grid Technologies Conference Europe*, Istanbul, Turkey, 2014, pp. 1–6. [Online]. Available: http://dx.doi.org/10.1109/ISGTEurope.2014.7028898

[42] A. M. Farid, "Multi-Agent System Design Principles for Resilient Operation of Future Power Systems," in *IEEE International Workshop on Intelligent Energy Systems*, San Diego, CA, 2014, pp. 1–7. [Online]. Available: http://engineering.dartmouth.edu/liines/resources/Conferences/SPG-C42.pdf

[41] A. M. Farid and L. Ribeiro, "An Axiomatic Design of a Multi-Agent Reconfigurable Manufacturing System Architecture," in *International Conference on Axiomatic Design*, Lisbon, Portogal, 2014, pp. 1–8. [Online]. Available: http://engineering.dartmouth.edu/liines/resources/Conferences/IEM-C41.pdf

[40] L. R. Gilbert III, M. Omar, and A. M. Farid, "An Integrated QFD and Axiomatic Design Methodology for the Satisfaction of Temporary Housing Stakeholders," in *International Conference on Axiomatic Design*, Campus de Caparica, Portugal, 2014, pp. 1–9. [Online]. Available: http://amfarid.scripts.mit.edu/resources/Conferences/IES-C40.pdf

[39] A. M. Farid, "Axiomatic Design and Design Structure Matrix Measures for Reconfigurability and Its Key Characteristics in Automated Manufacturing Systems," in *International Conference on Axiomatic Design*, Campus de Caparica, Portugal, 2014, pp. 1–8. [Online]. Available: http://engineering.dartmouth.edu/liines/resources/Conferences/IES-C39.pdf

[38] A. M. Farid, "Static Resilience of Large Flexible Engineering Systems: Part II – Axiomatic Design Measures," in *4th International Engineering Systems Symposium*.    Hoboken, N.J.: Stevens Institute of Technology, 2014, pp. 1–8. [Online]. Available: http://engineering.dartmouth.edu/liines/resources/Conferences/IES-C38.pdf

[37] A. M. Farid, "Static Resilience of Large Flexible Engineering Systems: Part I – Axiomatic Design Model," in *4th International Engineering Systems Symposium*.    Hoboken, N.J.: Stevens Institute of Technology, 2014, pp. 1–8. [Online]. Available: http://engineering.dartmouth.edu/liines/resources/Conferences/IES-C37.pdf

[36] W. N. Lubega, A. Santhosh, A. M. Farid, and K. Youcef-Toumi, "Opportunities for Integrated Energy and Water Management in the GCC – A Keynote Paper," in *EU-GCC Renewable Energy Policy Experts' Workshop*, no. December, Masdar Institute, Abu Dhabi, UAE, 2013, pp. 1–33. [Online]. Available: http://www.grc.net/data/contents/uploads/Opportunities_for_Integrated_Energy_and_Water_Management_in_the_GCC_5874.pdf

[35] W. N. Lubega, A. Santhosh, A. M. Farid, and K. Youcef-Toumi, "An Integrated Energy and Water Market for the Supply Side of the Energy-Water Nexus in the Engineered Infrastructure," in *ASME 2014 Power Conference*, Baltimore, MD, 2014, pp. 1–11. [Online]. Available: http://dx.doi.org/10.1115/POWER2014-32075

[34] W. N. Lubega and A. M. Farid, "An Engineering Systems Sensitivity Analysis Model for Holistic Energy-Water Nexus Planning," in *ASME 2014 Power Conference*, Baltimore, MD, 2014, pp. 1–10. [Online]. Available: http://dx.doi.org/10.1115/POWER2014-32076

23

TDC-0003659

[33] A. Viswanath and A. M. Farid, "A Hybrid Dynamic System Model for the Assessment of Trans-portation Electrification," in *American Control Conference 2014*.    Portland, Oregon: IEEE, 2014, pp. 1–7. [Online]. Available: http://dx.doi.org/10.1109/ACC.2014.6858810

[32] A. Muzhikyan, A. M. Farid, and K. Youcef-Toumi, "An Enhanced Method for the Determination of Load Following Reserves," in *American Control Conference, 2014*, Portland, Oregon, 2014, pp. 1–8. [Online]. Available: http://dx.doi.org/10.1109/ACC.2014.6859254

[31] S. Rivera, A. M. Farid, and K. Youcef-Toumi, "A Multi-Agent System Transient Stability Platform for Resilient Self-Healing Operation of Multiple Microgrids," in *5th IEEE PES Innovative Smart Grid Technologies Conference*, Washington D.C., 2014, pp. 1–5. [Online]. Available: http://dx.doi.org/10.1109/ISGT.2014.6816377

[30] A. M. Farid, "An Axiomatic Design Approach to Non-Assembled Production Path Enumeration in Reconfigurable Manufacturing Systems," in *2013 IEEE International Conference on Systems Man and Cybernetics*, Manchester, UK, 2013, pp. 1–8. [Online]. Available: http://dx.doi.org/10.1109/SMC.2013.659

[29] R. Al Junaibi, A. Viswanath, and A. M. Farid, "Technical Feasibility Assessment of Electric Vehicles : An Abu Dhabi Example," in *2nd IEEE International Conference on Connected Vehicles and Expo*. Las Vegas, NV, USA: IEEE, 2013, pp. 410 – 417. [Online]. Available: http://dx.doi.org/10.1109/ICCVE.2013.6799828

[28] H. M. Abdelhalim, A. M. Farid, A. A. Adegbege, L. Rouco, and K. Youcef-Toumi, "Small-Signal Sta-bility Effects of Turbine Governors on Power Systems with High Penetrations of Integrated Wind Power," in *IEEE Power and Energy Society Innovative Smart Grid Technologies Conference*, Wash-ington, D.C., United states, 2013, pp. 1–6. [Online]. Available: http://dx.doi.org/10.1109/ISGT.2013.6497902

[27] H. M. Abdelhalim, A. M. Farid, A. A. Adegbege, and K. Youcef-Toumi, "Transient Stability of Power Systems with Different Configurations for Wind Power Integration," in *IEEE Power and Energy Society Innovative Smart Grid Technologies Conference*, Washington, D.C., USA, 2013, pp. 1–6. [On-line]. Available: http://dx.doi.org/10.1109/ISGT.2013.6497903

[26] A. Santhosh, A. M. Farid, and K. Youcef-Toumi, "The Impact of Storage Facilities on the Simul-taneous Economic Dispatch of Power and Water Networks Limited by Ramping Rates," in *IEEE International Conference on Industrial Technology*, Cape Town, South Africa, 2013, pp. 1–6. [On-line]. Available: http://dx.doi.org/10.1109/ICIT.2013.6505794

[25] R. C. Francy, A. M. Farid, and K. Youcef-Toumi, "An Event Triggered Tracking State Estimator for Power Systems with Integrated Wind Generation," in *2013 IEEE Power and Energy Society Pow-ertech Grenoble*, Grenoble, France, 2013, pp. 1–6. [Online]. Available: http://dx.doi.org/10.1109/PTC.2013.6652180

[24] R. Al Junaibi and A. M. Farid, "A Method for the Technical Feasibility Assessment of Electrical Vehicle Penetration," in *7th Annual IEEE Systems Conference*.    Orlando, FL, United states: IEEE, 2013, pp. 1–6. [Online]. Available: http://dx.doi.org/10.1109/SysCon.2013.6549945

[23] E. E. S. Baca, A. M. Farid, I.-T. Tsai, and A. Viswanath, "An Axiomatic Design Approach to Pas-senger Itinerary Enumeration in Reconfigurable Transportation Systems," in *Proceedings of*

TDC-0003660

*ICAD2013 The Seventh International Conference on Axiomatic Design*, vol. PP, no. 99, Worcester, MA, USA, 2013, pp. 1–10. [Online]. Available: http://engineering.dartmouth.edu/liines/resources/Conferences/TES-C23.pdf

[22] L. R. Gilbert III, A. M. Farid, and M. Omar, "An Axiomatic Design Based Approach for the Conceptual Design of Temporary Modular Housing," in *Proceedings of the ICAD 2013: The Seventh International Conference on Axiomatic Design*, Worcester, MA, USA, 2013, pp. 146–153. [Online]. Available: http://amfarid.scripts.mit.edu/resources/Conferences/IES-C22.pdf

[21] A. M. Farid and I. S. Khayal, "Axiomatic Design Based Volatility Assessment of the Abu Dhabi Healthcare Labor Market: Part I-Theory," in *Proceedings of the ICAD 2013: The Seventh International Conference on Axiomatic Design*, Worcester, MA, USA, 2013, pp. 1–8. [Online]. Available: http://engineering.dartmouth.edu/liines/resources/Conferences/IES-C21.pdf

[20] I. S. Khayal and A. M. Farid, "Axiomatic Design Based Volatility Assessment of the Abu Dhabi Healthcare Labor Market: Part II – Case Study," in *Proceedings of the ICAD 2013: The Seventh International Conference on Axiomatic Design*, Worcester, MA, USA, 2013, pp. 1–8. [Online]. Available: http://engineering.dartmouth.edu/liines/resources/Conferences/IES-C20.pdf

[19] W. N. Lubega and A. M. Farid, "A Meta-System Architecture for the Energy-Water Nexus," in *8th Annual IEEE Systems of Systems Conference*, Maui, Hawaii, USA, 2013, pp. 1–6. [Online]. Available: http://dx.doi.org/10.1109/SYSoSE.2013.6575246

[18] A. Muzhikyan, A. M. Farid, and K. Youcef-Toumi, "Variable Energy Resource Induced Power System Imbalances: Mitigation by Increased System Flexibility, Spinning Reserves and Regulation," in *IEEE Conference on Technologies for Sustainability*, Portland, Oregon, 2013, pp. 1–7. [Online]. Available: http://dx.doi.org.libproxy.mit.edu/10.1109/SusTech.2013.6617292

[17] A. Muzhikyan, A. M. Farid, and K. Youcef-Toumi, "Variable Energy Resource Induced Power System Imbalances: A Generalized Assessment Approach," in *IEEE Conference on Technologies for Sustainability*, Portland, Oregon, 2013, pp. 1–8. [Online]. Available: http://dx.doi.org.libproxy.mit.edu/10.1109/SusTech.2013.6617329

[16] A. Santhosh, A. M. Farid, and K. Youcef-Toumi, "Optimal Network Flow for the Supply Side of the Energy-Water Nexus," in *2013 IEEE International Workshop on Intelligent Energy Systems*, Vienna, Austria, 2013, pp. 1–6. [Online]. Available: http://dx.doi.org.libproxy.mit.edu/10.1109/IWIES.2013.6698578

[15] A. M. Farid and W. N. Lubega, "Powering and Watering Agriculture: Application of Energy-Water Nexus Planning," in *GHTC 2013: IEEE Global Humanitarian Technology Conference*, Silicon Valley, CA, USA, 2013, pp. 1–6. [Online]. Available: http://dx.doi.org.libproxy.mit.edu/10.1109/GHTC.2013.6713689

[14] R. C. Francy, A. M. Farid, and K. Youcef-Toumi, "A Weather Aided State Estimator for Power Systems with Integrated Variable Energy Resources," in *IEEE ISGT Europe 2013: 4th European Innovative Smart Grid Technologies*, Copenhagen, Denmark, 2013, pp. 1–5. [Online]. Available: http://dx.doi.org/10.1109/ISGTEurope.2013.6695476

[13] A. M. Farid and A. Muzhikyan, "The Need for Holistic Assessment Methods for the Future Electricity Grid (Best Applied Research Paper Award)," in *GCC CIGRE Power 2013*, Abu Dhabi, UAE, 2013, pp. 1–12. [Online]. Available: http://amfarid.scripts.mit.edu/resources/Conferences/SPG-C13.pdf

TDC-0003661

[12] L. R. Gilbert III, A. M. Farid, and M. Omar, "An Axiomatic Design Based Approach to Civil Engineering (invited paper)," in *DCEE 2013: 2nd International Workshop on Design in Civil & Environmental Engineering*, Worcester, MA, USA, 2013, pp. 1–10. [Online]. Available: http://amfarid.scripts.mit.edu/resources/Conferences/IES-C12.pdf

[11] E. E. S. Baca and A. M. Farid, "An Axiomatic Design Approach to Reconfigurable Transportation Systems Planning and Operations (invited paper)," in *DCEE 2013: 2nd International Workshop on Design in Civil & Environmental Engineering*, Worcester, MA, USA, 2013, pp. 22–29. [Online]. Available: http://engineering.dartmouth.edu/liines/resources/Conferences/TES-C11.pdf

[10] S. Rivera, A. M. Farid, and K. Youcef-Toumi, "Coordination and Control of Multiple Microgrids Using Multi-Agent Systems," in *Energypath 2013: Our Global Sustainable Energy Future*, Philadelphia, PA, USA, 2013, pp. 1–5. [Online]. Available: http://amfarid.scripts.mit.edu/resources/Conferences/SPG-C10.pdf

[9] A. Santhosh, A. M. Farid, A. Adegbege, and K. Youcef-Toumi, "Simultaneous Co-optimization for the Economic Dispatch of Power and Water Networks," in *The 9th IET International Conference on Advances in Power System Control, Operation and Management*, Hong Kong, China, 2012, pp. 1–6. [Online]. Available: http://dx.doi.org/10.1049/cp.2012.2148

[8] R. C. Francy, A. M. Farid, A. Adegbege, and K. Youcef-Toumi, "Event-Triggered State Estimation for Variable Energy Resources Management," in *The 9th IET International Conference on Advances in Power System Control, Operation and Management*, Hong Kong, China, 2012, pp. 1–6. [Online]. Available: http://dx.doi.org/10.1049/cp.2012.2149

[7] W. Covanich, D. C. McFarlane, and A. M. Farid, "Guidelines for Evaluating the Ease of Reconfiguration of Manufacturing Systems," in *6th International Conference on Industrial Informatics: INDIN 2008*, Daejeon, Korea, 2008, pp. 1214–1219. [Online]. Available: http://dx.doi.org/10.1109/INDIN.2008.4618287

[6] W. Covanich, D. McFarlane, J. Brusey, and A. M. Farid, "Integrating a New Machine into an Existing Manufacturing System by using Holonic Approach," in *BT - INDIN 2007 - 5th IEEE International Conference on Industrial Informatics*, ser. IEEE International Conference on Industrial Informatics (INDIN), vol. 2.    Vienna, Austria: IEEE Inc., 2007, pp. 861–866. [Online]. Available: http://dx.doi.org/10.1109/INDIN.2007.4384886

[5] A. M. Farid and W. Covanich, "Measuring the Effort of a Reconfiguration Process," in *Emerging Technologies and Factory Automation, 2008. ETFA 2008. IEEE International Conference on*, Hamburg, Germany, 2008, pp. 1137–1144. [Online]. Available: http://dx.doi.org/10.1109/ETFA.2008.4638540

[4] T. Kelepouris, C. Y. Wong, A. M. Farid, A. K. Parlidad, and D. C. McFarlane, "Towards a reconfigurable supply network model," in *Intelligent Production Machines and Systems – 2nd I\*PROMS Virtual International Conference 3–14 July 2006.*    Online: Elsevier, 2006, pp. 1–6. [Online]. Available: http://www.sciencedirect.com/science/article/pii/B9780080451572500857

[3] A. M. Farid and D. C. McFarlane, "A tool for assessing reconfigurability of distributed manufacturing systems," in *12th IFAC Symposium on Information Control Problems in Manufacturing,*, vol. 12, no. PART 1, Saint Etienne, France, 2006, pp. 1–6. [Online]. Available: http://engineering.dartmouth.edu/liines/resources/Conferences/IEM-C03.pdf

TDC-0003662

[2] A. M. Farid and D. C. McFarlane, "A Development of Degrees of Freedom for Manufacturing Systems," in *IMS'2006: 5th International Symposium on Intelligent Manufacturing Systems: Agents and Virtual Worlds*, Sakarya, Turkey, 2006, pp. 1–6. [Online]. Available: http://engineering.dartmouth.edu/liines/resources/Conferences/IEM-C02.pdf

[1] A. M. Farid and D. C. McFarlane, "An Approach to the Application of the Design Structure Matrix for Assessing Reconfigurability of Distributed Manufacturing Systems," in *Proceedings of the IEEE Workshop on Distributed Intelligent Systems: Collective Intelligence and Its Applications (DIS'06)*, Prague, Czech republic, 2006, pp. 1–6. [Online]. Available: http://dx.doi.org/10.1109/DIS.2006.10

## Published Technical Standards

[2] A. M. Farid, "Environmental Management for Facilities – IMS-GT-PR-COM-044," Air Liquide Worldwide Industrial Management, Champigny-sur-Marne, France, Tech. Rep., 2010.

[1] A. M. Farid, J. Gallarda, B. Mineur, S. Bradley, W. Ott, and M. Ibler, "Best Available Techniques for Hydrogen Production by Steam Methane Reforming," EIGA - European Industrial Gases Association, Brussels, Belgium, Tech. Rep., 2009. [Online]. Available: https://www.eiga.eu/index.php?id=294&tx_abdownloads_pi1[action]=getviewdetailsfordownload&tx_abdownloads_pi1[uid]=1556&tx_abdownloads_pi1[category_uid]=11&tx_abdownloads_pi1[cid]=651&cHash=3f918fe6fbc8f928d2956f38514717d5

## Invited Articles & Op-Eds

[8] W. C. Schoonenberg and A. M. Farid, "What hetero-functional graph theory can do for a smart city," in *IEEE Smart Cities Consortium White Paper*, 2019.

[7] W. C. Schoonenberg and A. M. Farid, "A hetero-functional graph theory for modeling interdependent smart city infrastructure," in *Smart Ciities – Introducing Digital Innovation on to Cities*. Emerald Group Publishing Limited, 2019.

[6] W. C. Schoonenberg and A. M. Farid, "Smart City Infrastructure: a Hetero-functional Graph Theory Approach," in *IEEE Smart Cities Newsletter*, Piscataway, New Jersey, 2018, pp. 1–2.

[5] A. M. Farid, "Energizing the Adoption of Electrified Transportation in the Dubai Smart City," in *Dubai State of Green Economy Report*, Dubai, UAE, 2014, pp. 1–2. [Online]. Available: http://amfarid.scripts.mit.edu/resources/OpEds/TES-E05.pdf

[4] A. M. Farid, "Key Technical Challenges to Electric Vehicle Adoption in the UAE," in *UAE State of Energy Report*, Dubai, UAE, 2014, pp. 1–2. [Online]. Available: http://dcce.ae/public/uploads/editor-images/files/xx)SOER_2015_BOOK_EX.pdf

[3] A. M. Farid, "The Stabilizing Role of the Energy–Water Nexus in the Future of the Smart Grid," in *IEEE Smart Grid Newsletter*, Piscataway, New Jersey, 2014, p. 3. [Online]. Available: http://smartgrid.ieee.org/newsletters/may-2014/the-stabilizing-role-of-the-energy-water-nexus

[2] A. M. Farid, "Holistic Assessment for Enterprise Control of the Future Electricity Grid," in *IEEE Smart Grid Newsletter*, vol. September, Piscataway, New Jersey,

TDC-0003663

2013, pp. 1–3. [Online]. Available: http://smartgrid.ieee.org/newsletters/september-2013/holistic-assessment-for-enterprise-control-of-the-future-electricity-grid

[1] A. M. Farid, "How to Engineer Better Decisions," in *The National*, Abu Dhabi, UAE, 2012, p. 1. [Online]. Available: http://www.thenational.ae/news/uae-news/technology/how-to-engineer-better-decisions

## Invited Keynote Lectures

[6] I. S. Khayal* and A. M. Farid, "An Architecture for a Cyber-Physical Healthcare Delivery System with Human Agents," Keynote Presentation at the 2017 IEEE International Summer School on Smart Cities (IEEE S3C), Natal, Brazil, August, 2017.

[5] I. S. Khayal* and A. M. Farid, "Designing Smart Cities for Citizen Health & Well-being," Keynote presentation at the 2017 IEEE International Summer School on Smart Cities (IEEE S3C), Natal, Brazil, August, 2017.

[4] I. S. Khayal* and A. M. Farid, "Assessing, Designing and Analyzing Healthcare Systems," Keynote Presentation at the International Conference for Axiomatic Design (ICAD2017), Iasi, Romania, September 2017.

[3] A. M. Farid, "Designing multi-agent systems for resilient engineering systems (invited paper)," in *Holomas 2015 7th International Conference on Industrial Applications of Holonic and Multi-Agent Systems*, Valencia, Spain, 2015, pp. 1–6.

[2] A. M. Farid, "Opportunities for the Operations Management and Planning of the Energy-Water Nexus," in *Promoting Deeper EU-GCC Relations: November 26-27*, Abu Dhabi, UAE, 2013, pp. 1–30.

[1] A. M. Farid, "Future of the Electricity Grid: Opportunities, Challenges, & the Role of Control Systems," in *2nd Annual Smart Grid and Smart Meter Summit: Gateway to a Smart Future*, Abu Dhabi, UAE, 2012, pp. 1–37.

## Invited Industrial Seminars, Lectures & Presentations

[68] A. M. Farid, "Unlocking the Shared Integrated Grid: From Diving Ducks to Digitalization," in *Clean Energy Ministerial Power System Flexibility Campaign and IEA Digital Demand-Driven Electricity Networks Initiative*, Paris, FR, February 25th 2021.

[67] A. M. Farid, "Accelerating the Shared Integrated Grid through eIoT, Community Engagement, and Transactive Energy Market Platforms," in *Hydro-Quebec Invited Presentation*, Virtual Event/Montreal, QC, Canada, January 18th 2021.

[66] A. M. Farid, "Water and Electric Utility Integration: Opportunities for Synergy," in *U.S. Department of Commerce International Trade Administration Water/Wastewater Virtual Workshop*, Virtual Event/Washington D.C. USA, December 14, 2020.

[65] A. M. Farid, "From Cyber-Security to the Cyber-Physical Resilience of the Electric Power Grid: An Agenda Forward," in *The Seventh Annual EPRI-IEA Challenges in Energy Decarbonisation Expert Workshop*, Virtual Event/Paris, FR, October 29, 2020.

TDC-0003664