[64] A. M. Farid, "Accelerating the Shared Integrated Grid in the Midst of the COVID-19 Energy Landscape," in *ISO New England Consumer Liaison Group Invited Presentation*, Virtual Event, June 11, 2020.

[63] A. M. Farid, "Engineering System Integration of Renewable Energy and Water Resources in New England," in *Great River Hydro Invited Lecture*, Wilder, VT, December 4, 2019.

[62] A. M. Farid, "The Future of Electricity Markets: End-to-End Market Innovation," in *International Energy Agency and Australian Energy Market Operator Future Electricity Market Summit*, Sydney, Australia, November 18 2019.

[61] A. Muzhikyan, S. O. Muhanji, G. Moynihan, D. Thompson, Z. Berzolla, and A. M. Farid, "New England's Evolving Electricity Landscape: Highlights from the ISO-NE System Operational Analysis and Renewable Energy Integration Study (SOARES)," in *2019 Fall Technical Workshop Energy Systems Integration Group*, Hanover, NH, USA, October 29 2019.

[60] A. M. Farid and M. McGranaghan, "Towards an energy internet of things extensible information model," in *Customer-Centric Vision and Development of the Shared Integrated Grid Data Platform Workshop*, Philadelphia, PA, USA, 2019.

[59] A. M. Farid, "Structural resilience of the electric power grid: Model and measures," in *IEEE Smart Grid Webinar Series*, Hanover, NH, USA, 2019.

[58] A. M. Farid, "Developing an eiot platform for customer participation in the shared integrated grid," in *ACI Smart Home Energy Management Systems Conference*, Paris, France, USA, 2019.

[57] A. M. Farid, "Disruptive electricity market innovation: Motivation and pathways," in *What is Next for Our Electricity Markets? Towards a New Market Regulatory Framework IX Electricity Security Advisory Panel Workshop*, Paris, France, USA, 2019.

[56] A. M. Farid, "Transforming a smart city's architecture: Hetero-functional graph theory, enterprise control, and the energy internet of things," in *Sidewalk Labs*, Hanover, NH, USA, 2019.

[55] A. M. Farid, "Intelligent transportation-energy systems for massively electrified transportation infrastructure," in *Resource Systems Group Inc*, White River Junction, VT, 2018.

[54] A. M. Farid, "Performance assesment of massively electrified transportation infrastructure: An abu dhabi example," in *International Energy Agency Fifth Annual Expert Workshop: Challenges in Electricity Decarbonisation*, Paris, France, 2018.

[53] A. M. Farid, "eiot: The development of energy internet of things applications in energy infrastructure," in *International Energy Agency Invited Lecture*, Paris, France, 2018.

[52] A. M. Farid, "Applications of a reference architecture for the energy water nexus," in *INCOSE Invited Seminar*, Boston, MA, USA, 2018.

[51] A. M. Farid, "A systemic perspective on the many faces of grid resilience," in *Ensuring Grid Resilience in a Rapidly Changing World – the 8th IEA Electricity Security Advisory Panel Workshop*, Tokyo, Japan, 2018.

[50] A. M. Farid, "The role of electrified transportation in the massachusetts' transportation future," in *2018 Massachusetts Governor's Transportation Commission*, Worcester, MA, USA, 2018.

TDC-0003665

[49] A. M. Farid, B. Liner, and A.-M. Corriveau, "Where do intelligent water systems fit in the smart city movement? insights from the ieee smart cities technical community," in *2018 ISA Water/Wastewater and Automatic Controls Symposium*, Washington, D.C. USA, 2018.

[48] A. M. Farid, "Considerations for the valuation of distributed energy resources," in *New Hampshire Public Utilities Commission*, Concord, NH, 2018.

[47] A. M. Farid, "2017 iso new england system operational analysis and renewable energy integration study (soares): Scenario results," in *ISO New England Planning Advisory Committee*, Westborough, MA, 2017.

[46] A. M. Farid, "2017 iso new england system operational analysis and renewable energy integration study (soares): Study methodology," in *ISO New England Planning Advisory Committee*, Westborough, MA, 2017.

[45] A. M. Farid, "The case for holistic enterprise control assessment of transactive energy: Lessons learned in renewable energy, demand response integration, and electrified transportation," in *International Energy Agency Invited Lecture*, Paris, France, 2017.

[44] A. M. Farid, "The case for holistic enterprise control assessment of transactive energy: Lessons learned in renewable energy and demand response integration," in *Transactive Systems Program Review Meeting*, Washington, D.C. USA, 2017.

[43] A. M. Farid, "Introduction to enterprise control assessment methods for renewable energy integration in ne-iso: Lessons learned in renewable energy," in *SOARES Kickoff Meeting*, Holyoke, MA, 2017.

[42] A. M. Farid, "The case for holistic enterprise control assessment of transactive energy: Lessons learned in renewable energy and demand response integration," in *A NIST Webinar*, Hanover, NH, USA, 2016.

[41] A. M. Farid, "The case for transactive energy demand response relative to current practice: A comparative techno-economic assessment," in *3rd Annual Demand Response and Distributed Energy Resources World Forum*, Chicago, Illinois, 2016.

[40] A. M. Farid, "Opportunities for integrated energy-water planning and operation," in *Expert Workshop on Understanding the Water-Energy Nexus: Integrated Water and Power System Modeling*, EC Joint Research Centre Ispra Italy, 2016.

[39] A. M. Farid, "Intelligent transportation-energy systems for massively electrified transportation infrastructure," in *ITE 2016 Northeastern District Annual Meeting*, Portsmouth, NH, 2016.

[38] A. M. Farid, "Enterprise control as a holistic assessment method for variable generation and demand response integration," in *UVIG Spring Technical Workshop*, Sacramento, CA, 2016.

[37] A. M. Farid, "Intelligent transportation-energy systems for massively electrified transportation infrastructure," in *Union for Concerned Scientists Invited Presentation*, Hanover, NH, USA, 2016.

[36] A. M. Farid, "Microgrids as a key enabling transactive energy technology for resilient self-healing power grid operation," in *Transactive Energy Systems Conference*, Portland, Oregon, 2016.

[35] A. M. Farid, "The liines research program: A few takeaways," in *National Grid Invited Presentation*, Waltham, MA, 2016, pp. 1–27.

TDC-0003666

[34] A. M. Farid, "Connected electric vehicles – implications on intelligent transportation systems," in *Toyota Invited Seminar*, Hanover, NH, USA, 2016, pp. 1–59.

[33] A. M. Farid, "The LIINES: Renewable energy integration, transportation electrification, and the energy-water nexus," in *EPRI Invited Seminar*, Hanover, NH, USA, 2016, pp. 1–140.

[32] A. M. Farid, "Enterprise control assessment methods for future renewable energy integration," in *Bonneville Power Administration Invited Lecture*, Portland, Oregon, 2016, pp. 1–67.

[31] A. M. Farid, "Enterprise control assessment methods for future renewable energy integration," in *Pacific Northwest National Laboratory Invited Lecture*, Richland,WA, USA, 2016, pp. 1–67.

[30] A. M. Farid, "LIINES Capabilities and Insights for the NIST Transactive Energy Challenge," in *NIST Transactive Energy Challenge Invited Presentation*, Gaithersburg, MD, 2015, pp. 1–16.

[29] A. M. Farid, "Cybersecurity of the Power Grid's Enterprise Control," in *A BBN Invited Presentation*, Cambridge, MA, USA, 2015, pp. 1–57.

[28] A. M. Farid, "Enterprise Control Assessment Methods for Renewable Energy Integration in NE-ISO," in *A New England ISO Invited Presentation*, Holyoke, MA, 2015, pp. 1–63.

[27] A. M. Farid, "Connected Electric Vehicles – Implications on Intelligent Transportation System Desgin," in *1st International ITS Innovation Forum – Connected & Autonomous Vehicles Technology*, Abu Dhabi, UAE, 2015, pp. 1–34.

[26] A. M. Farid, "LIINES Research Program Overview: Policy & Regulatory Lens," in *Energy Research Centre of the Netherlands*, Amsterdam, Netherlands, 2015, pp. 1–31.

[25] A. M. Farid, "Industrie4.0.4airbus," in *Airbus Invited Presentation*, Abu Dhabi, UAE, 2015, pp. 1–12.

[24] A. M. Farid, "Demand side management capabilities in iSmart – Masdar Institute," in *Dubai Energy and Water Authority Invited Presentation*, Abu Dhabi, UAE, 2015, pp. 1–12.

[23] A. M. Farid, "Enterprise control assessment methods for future renewable energy integration," in *PJM-ISO Invited Lecture*, Audobon, PA, 2015, pp. 1–32.

[22] A. M. Farid, "Industrial systems energy management: Opportunities & challenges for a growing region," in *Saint Gobain Days Symposium on Energy Invited Presentation*, Abu Dhabi, UAE, 2015, pp. 1–32.

[21] A. M. Farid, "Intelligent transportation-energy systems for massively electrified transportation infrastructure," in *ITS Forum – UAE International Summit Invited Presentation*, Abu Dhabi, UAE, 2015, pp. 1–32.

[20] A. M. Farid, "Enterprise control assessment methods for future renewable energy integration," in *National Renewable Energy Laboratory Invited Lecture*, Golden, CO, USA, 2015, pp. 1–32.

[19] A. M. Farid, "Intelligent transportation-energy systems for massively electrified transportation infrastructure," in *Volpe National Transportation System Ctr. U.S. Department of Transportation Lunchtime Seminar Series*, Cambridge, MA, USA, 2015, pp. 1–32.

[18] S. El Khatib and A. M. Farid, "Smart Grids: The Path Going Forward," in *3rd Annual Smart Grid and Smart Meter Summit: Gateway to a Smart Future*, Abu Dhabi, UAE, 2013, pp. 1–37.

31

[17] A. M. Farid, "Intelligent transportation-energy systems: Abu dhabi feasibility study," in *Gulf Traffic Conference*, Dubai, UAE, 2014, pp. 1–32.

[16] A. M. Farid, "Opportunites for integrated energy-water management in the gulf cooperation council," in *3rd Annual Global IWPP Summit*, Dubai, UAE, 2014, pp. 1–32.

[15] A. M. Farid and K. Youcef-Toumi, "Enernocs's future role in the integrated assessment of energy and ancillary service markets," in *Enernoc Invited Lecture*, 2014, pp. 1–54.

[14] A. M. Farid, R. Al Junaibi, and A. Viswanath, "The Need for Intelligent Transporation-Energy Systems: An Abu Dhabi Case," in *International Sustainable Transportation Conference*, Abu Dhabi, UAE, 2014, pp. 1–28.

[13] A. M. Farid, K. Youcef-Toumi, A. Annaswamy, A. Chandrakasan, M. Dahleh, M. Roozbehani, J. Williams, M. Salman, M. El-Sayed, and M. Heleihel, "Robust & Secure Sensing, Communication & Control Architecture for Future Energy Grids," in *MIT Kuwait Center for Natural Resources & the Environment Preproposal Review Workshop*, Kuwait City, Kuwait, 2014, pp. 1–59.

[12] R. Al Junaibi, A. Viswanath, and A. M. Farid, "Technical Feasibility Assessment of Electric Vehicles in Abu Dhabi," in *MHI-ADDOT-MI Joint Workshop*, Abu Dhabi, 2013, pp. 1–62.

[11] A. M. Farid, "The Role of Intelligent Transportation Energy Systems for Electric Vehicles: An Abu Dhabi Case Study," in *Gulf Traffic*, no. December, Dubai, UAE, 2013, pp. 1–30.

[10] A. M. Farid, "Future of the Electricity Grid: The Need for New Methods of Integrated Assessment," in *GCC CIGRE: System Performance Development and Renewable Energy*, no. January, Abu Dhabi, UAE, 2013, pp. 1–45.

[9] A. M. Farid, "Air Liquide LIINES Potential Collaborative Research." Abu Dhabi, UAE: Air Liquide Middle East, 2013, pp. 1–4.

[8] M. E. Morsi, A. M. Farid, J. Peng, H. H. Zeineldin, W. Xiao, and V. Khadkikar, "Model, Design and Demonstrate a Sustainable Electricity Grid for Saudi Arabia." Abu Dhabi, UAE: KA-Care, 2013, pp. 1–17.

[7] A. M. Farid, "MI-DEWA Collaboration for Reliable Power Grid Operation & Control in the Presence of Increasing Penetration of Variable Energy Resources," DEWA, Dubai, UAE, Tech. Rep., 2012.

[6] A. M. Farid, "2012 LIINES Research Overview," in *LIINES -The Laboratory for Intelligent Integrated Networks for Engineering Systems Research Overview – A Presentation to HE Ahmad Al-Sayegh*. Abu Dhabi, UAE: Dolphin Energy, 2012, pp. 1–18.

[5] A. M. Farid, I. S. Khayal, and T. Mezher, "The Engineering Systems and Management Program at Masdar Institute: A Presentation to the UAE Prime Minister'sOffice," United Arab Emirates Prime Minister's Office, Dubai, UAE, Tech. Rep., 2012.

[4] A. M. Farid, "MI-ADWEA-TransCo Collaboration for Reliable Power Grid Operation & Control in the Presence of Increasing Penetration of Variable Energy Resources," ADWEA-TransCo, Abu Dhabi, UAE, Tech. Rep., 2011.

[3] A. M. Farid, "MIT-PJM-ISO Collaboration for Reliable Power Grid Operation and Control in the Presence of Increasing Penetration of Variable Energy Resources," PJM-ISO, Norristown, PA, Tech. Rep., 2010.

TDC-0003668

[2] A. M. Farid, "Towards Goal Oriented Regulations: An IPPC Case Study," in *Workshop on the Analysis of the Practices of Goal-Oriented Regulations.* Brussels, Belgium: Council of European Normes, 2010.

[1] A. M. Farid, "An Evaluation of the DACS Methodology," in *University of Cambridge – Rockwell Automation Joint Workshop on Holonic Manufacturing Systems*, Trebon, Czech Republic, 2004, pp. 1–35.

## Invited Academic Seminars, Lectures & Presentations

[60] A. M. Farid, "Engineering System Integration of Renewable Energy, Water, and Electric Vehicles: Perspectives from New England and Abu Dhabi," in *Invited Jones Seminar*, Hanover, NH, USA, January 8, 2021.

[59] A. M. Farid, "Applications of a Reference System Architecture for the Energy Water Nexus," in *Raytheon Technologies Systems Engineering and Architecture Symposium. University of Virginia Engineering Systems and the Environment Department Invited Presentation*, Charlottesville, VA, September 15, 2020.

[58] A. M. Farid, "Tutorial on Hetero-functional Graph Theory for Guiding Participants Systematically through MBSE and Graph Theory Using Smart City Example," in *INCOSE 2020 Fall Workshop*, Virtual Workshop, October 16, 2020.

[57] W. C. Schoonenberg, S. O. Muhanji, and A. M. Farid, "Interdependent Energy Infrastructure Systems," in *Irving Institute for Energy and Society Research Seminar*, Hanover, NH, USA, October 7, 2020.

[56] A. M. Farid, "Towards a National Water Data Platform: Reference Architecture and Digital Twin Information Model," in *NSF Mid-Scale Research Infrastructure Workshop. Workshop for Intelligent Water Systems. Andlinger Center for Energy and the Environment. Princeton University*, Princeton, NJ, August 25, 2020.

[55] A. M. Farid, "Accelerating the Shared Integrated Grid through an eIoT eXtensible Information Model," in *Stanford University Digital Grid Series Invited Presentation*, Stanford, CA, USA, July 15 2020.

[54] A. Salas and A. M. Farid, "Research with Impact — Dartmouth's Role in Advancing New Hampshire's Clean Energy Future," in *Dartmouth Energy Collaborative Energy Seminar*, Hanover, NH, USA, May 19 2020.

[53] W. C. Schoonenberg, I. S. Khayal, and A. M. Farid, "Modeling Interdependent Smart City Infrastructures with Hetero-functional Graphs," in *Topics in Applied Network Science Invited Seminar*, Hanover, NH, USA, February 20 2020.

[52] A. M. Farid, "Engineering System Integration of Renewable Energy, Water, and Electric Vehicles: Perspectives from New England and Abu Dhabi," in *University of Wisconsin Mechanical Engineering Invited Lecture*, Madison, WI, USA, February 17 2020.

[51] S. O. Muhanji and A. M. Farid, "Lebanon Blockchain Transactive Energy Control (LEBTEC)," in *Irving Institute Energy Society Research Symposium*, Hanover, NH, USA, November 5 2019.

33

TDC-0003669

[50] W. C. Schoonenberg, I. S. Khayal, and A. M. Farid, "Modeling Interdependent Smart City Infrastructures with Hetero-functional Graphs," in *Dartmouth Interdisciplinary Network Research Invited Seminar*, Hanover, NH, USA, October 25 2019.

[49] P. Hegde, S. O. Muhanji, W. C. Schoonenberg, D. Thompson, and A. M. Farid, "The Arctic Resilient Intelligent Integrated Energy System," in *CRREL-ARIIES Kickoff Meeting*, Hanover, NH, USA, October 9 2019.

[48] A. Muzhikyan, S. O. Muhanji, G. Moynihan, D. Thompson, Z. Berzolla, and A. M. Farid, "New England's Evolving Electricity Landscape: Highlights from the ISO-NE System Operational Analysis and Renewable Energy Integration Study (SOARES)," in *Great Issues in Energy Symposium – Thayer School of Engineering at Dartmouth*, Hanover, NH, USA, April 24 2019.

[47] A. M. Farid, "Engineering systems integration of renewable energy, water, and electric vehicles: Perspectives from new england and abu dhabi," in *Invited Lecture – University of California Berkeley Department of Civil and Environmental Engineering*, Berkeley, CA, USA, April 20 2019.

[46] A. M. Farid, "Engineering systems integration of renewable energy, water, and electric vehicles: Perspectives from new england and abu dhabi," in *Invited Lecture – Stanford University Precourt Institute for Energy*, Stanford, CA, USA, April 19 2019.

[45] W. C. Schoonenberg, I. S. Khayal, and A. M. Farid, "Modeling interdependent smart city infrastructures with hetero-functional graphs," in *Invited Lecture – Northeastern University Mechanical and Industrial Engineering*, Boston, MA, USA, February 8 2019.

[44] W. C. Schoonenberg, I. S. Khayal, and A. M. Farid, "Trends in urban infrastructures," in *NEFI Energy Leaders Program at Tuck*, Hanover, NH, USA, April 3 2019.

[43] W. C. Schoonenberg, I. S. Khayal, and A. M. Farid, "Hetero-functional graph theory for interdependent smart city infrastructures," in *Invited Lecture – Institute for Security, Technology, and Society*, Hanover, NH, USA, February 6 2019.

[42] W. C. Schoonenberg and A. M. Farid, "Smart cities 101," in *Invited Lecture – Revers Center for Energy*, Hanover, NH, USA, January 31 2019.

[41] A. M. Farid, S. O. Muhanji, and C. Barrows, "The new england energy-water nexus: Simulation results and insights," in *US-EU Integrated Power and Water Systems Modelling Workshop*, December 6 2018.

[40] W. C. Schoonenberg and A. M. Farid, "Hetero-functional graph theory for interdependent smart city infrastructures," in *Dartmouth Department of Mathematics Invited Seminar*, Hanover, NH, USA, 2018.

[39] A. M. Farid, "Distributed control for distributed energy resources: Long-term challenges and lessons learned," in *IEEE Power and Energy Society General Meeting*, Portland, Oregon, 2018.

[38] A. M. Farid, "Resilience in critical infrastructures: Deploying a hetero-functional graph thoery," in *CESUN Global Conference*, Tokyo, Japan, 2018.

[37] C. Barrows and A. M. Farid, "How much flexibility can the water infrastructure provide to the electric power system in new england? – preliminary results," in *US-EU Integrated Power and Water Systems Modelling Workshop*, June 25 2018.

TDC-0003670

[36] C. Barrows and A. M. Farid, "How much flexibility can the water infrastructure provide to the electric power system in new england? – methodology," in *US-EU Integrated Power and Water Systems Modelling Workshop*, March 19 2018.

[35] W. C. Schoonenberg and A. M. Farid, "Hetero-functional graph theory for interdependent smart city infrastructures," in *2018 IEEE Smart Cities Workshop*, 2018.

[34] C. Below and A. M. Farid, "Lebanon community power's transactive energy municipal aggregation pilot," in *2018 Transactive Energy Systems Conference and Workshop*, Cambridge, MA, USA, 2018.

[33] A. M. Farid, "The many faces of reslient energy systems: Technical, economic, regulatory, social, ecological," in *2018 Irving Institute for Energy & Society Workshop on Resilient Energy Systems*, Hanover, NH, USA, 2018.

[32] A. M. Farid, "Intelligent transportation- energy systems for future large scale deployment of electrified transportation," in *2017 IEEE International Summer School on Smart Cities (IEEE S3C)*, Natal, Brazil, 2017.

[31] A. M. Farid, "State of the art & best practice in renewable energy integration and demand response," in *2017 IEEE International Summer School on Smart Cities (IEEE S3C)*, Natal, Brazil, 2017.

[30] A. M. Farid, "Opportunities for integrated energy-water planning and operation," in *2017 IEEE International Summer School on Smart Cities (IEEE S3C)*, Natal, Brazil, 2017.

[29] A. M. Farid, "Opportunities for integrated energy-water planning and operation," in *IEEE Power and Energy Society General Meeting*, Chicago, IL, USA, 2017.

[28] A. M. Farid, "The ieee smart cites initiative: Brief overview," in *American Control Conference*, Seattle, WA, USA, 2017.

[27] A. M. Farid, "Opportunities for integrated energy-water planning and operation," in *Special Session: Optimization in Food-Energy-Water Nexus. INFORMS Annual Meeting*, Chicago, IL, USA, 2017.

[26] A. M. Farid, "Energy is physical, energy is economic, energy is political: The case for engineering systems," in *2017 Irving Institute for Energy and Society Inaugural Speaker Forum*, Hanover, NH, USA, 2017.

[25] A. M. Farid, "Enterprise control as a holistic assessment method for renewable energy and demand response integration," in *Worcester Polytechnic Institute Invited Lecture*, Worcester, MA, USA, 2017.

[24] A. M. Farid, "Energy is physical, energy is economic, energy is political: The case for engineering systems," in *2017 CESUN Annual Meeting*, Hanover, NH, USA, 2017.

[23] A. M. Farid, "A hybrid dynamic system model for multi-modal transportation electrification," in *2016 Winter School on Intelligent Transportation*, Nanyang Technical University, Singapore, 2017.

[22] A. M. Farid, "Beyond smart meters: Engaging the energy internet of things in residential, commericial and industrial applications," in *Future of the Electricity Grid in the GCC*, KAPSARC, Riyadh, KSA, 2016.

[21] A. M. Farid, "Distributed control for distributed energy resources: Long-term challenges and lessons learned," in *2016 American Control Conference Workshop on Smart Grid Control*, Boston, MA, USA, 2016.

TDC-0003671

[20] A. M. Farid, "Axiomatic design of cyber-physical engineering systems: A mini-course," in *2nd International Summer School on Intelligent Agents in Automation*, Linkoping University, 2016.

[19] A. M. Farid, "Intelligent transportation-energy systems for massively electrified transportation infrastructure," in *UMass Transportation Research Center Invited Lecture*, Amherst, MA, USA, 2016.

[18] A. M. Farid, "Holistic enterprise control assessment for future renewable energy integration," in *Greeks at Dartmouth College Invited Lecture*, Hanover, NH, USA, 2016.

[17] A. M. Farid, "Enterprise control assessment methods for future renewable energy integration in smart cities," in *IEEE Smart Cities Invited Lecture*, Guadalajara, Mexico, 2015.

[16] A. M. Farid, "Opportunities for integrated energy-water planning and operation," in *WEFTEC 2015 – Invited Presentation*, Chicago, Illinois, 2015.

[15] A. M. Farid, "Symmetrica: Demonstration of test case for transportation electrification research," in *ASME Power & Energy Conference*, San Diego, CA, 2015. [Online]. Available: http://amfarid.scripts.mit.edu/Datasets/TES-Data/index.php

[14] A. M. Farid, "Mitigating the impacts of transportation electrification with power grid enterprise control," in *Invited Lecture – Dartmouth College Thayer School of Engineering*, Hannover, NH, 2015.

[13] A. M. Farid, "Intelligent transportation- energy systems for massively electrified transportation infrastructure," in *Invited Lecture – Rutgers Center for Advanced Infrastructure & Transportation Event*, Piscataway, New Jersey, USA, 2015.

[12] A. M. Farid, "Enabling Resilience with Axiomatic Design for Large Flexible Engineering Systems," in *Invited Lecture. Worcester Polytechnic Institute. Mechanical Engineering Department*, 2014, pp. 1–43.

[11] A. M. Farid, "Intelligent transportation- energy systems for future large scale deployment of electrified transportation," in *Invited Lecture – Transportation @ MIT Seminar Series.* Cambridge, MA, USA: Transporation @ MIT, 2014.

[10] A. M. Farid, "Real-time control challenges in intelligent power systems," in *IEEE International Workshop on Intelligent Energy Systems*, vol. 1, no. 1, San Diego, CA, 2014, pp. 1–6.

[9] W. N. Lubega and A. M. Farid, "Engineering the Energy-Water Nexus: A Reference Architecture," in *International Workshop on Software Engineering for Smart Cities*, no. April, Abu Dhabi, UAE, 2014, pp. 1–9.

[8] S. Rivera, A. M. Farid, and K. Youcef-Toumi, "Multi-Agent System Transient Stability Platform for Resilient Self-Healing Operation of Multiple Microgrids," in *9th Carnegie Mellon University Electricity Conference*, Pittsburgh, PA, United states, 2014, pp. 1–38.

[7] A. Muzhikyan, A. M. Farid, and K. Youcef-Toumi, "Enterprise Control Mitigation of Variable Energy Resource Induced Power System Imbalances," in *9th Carnegie Mellon University Electricity Conference*, Pittsburgh, PA, United states, 2014, pp. 1–41.

[6] A. M. Farid, "Intelligent Enterprise Control of the Future Electric Power System About Prof . Amro M . Farid," in *Invited Lecture at MIT Mechanical Engineering Department.* Cambridge, MA, USA: MIT Mechanical Engineering, 2014, pp. 1–63.

TDC-0003672

[5] A. M. Farid, "Intelligent Enterprise Control of the Future Electric Power System," in *Invited Lecture at Czech Technical University Department of Cybernetics Seminar Series*, Prague, Czech Republic, 2013, pp. 1–30.

[4] A. M. Farid, "Electrical Power, Water Distribution, Transportation, Manufacturing Systems as Kirchoff Networks," in *Invited Lecture in Analysis of Complex System Networks – Masdar Institute of Science & Technology Engineering Systems & Management Department*, Abu Dhabi, UAE, 2013, pp. 1–12.

[3] A. M. Farid, "Applications of Axiomatic Design for Large Flexible Systems," in *Invited Lecture in Analysis and Design of Mechanisms. University of Connecticut, Storrs. Mechanical Engineering Department*, Storrs, CT, 2013, pp. 1–43.

[2] A. M. Farid, "Challenges to Reliability and Security of Super Grids with Increasing Penetration of Variable Energy Resources," in *University of Tokyo - MIST Joint Workshop on Impacts of New Renewable Energy Sources through Super Grid on Domestic and Regional Security*, no. December, Abu Dhabi, UAE, 2012, pp. 1–29.

[1] A. M. Farid, "Reliable Power Grid Operation and Control in the Presence of Increasing Penetration of Variable Energy Resources," Abu Dhabi, UAE, Tech. Rep., 2010.

## Theses

[3] A. M. Farid, "Reconfigurability Measurement in Automated Manufacturing Systems," Ph.D. Dissertation, University of Cambridge Engineering Department Institute for Manufacturing, 2007. [Online]. Available: http://amfarid.scripts.mit.edu/resources/Theses/IEM-TP00.pdf

[2] A. M. Farid, "Compensation of Incoherent Errors in the Precise Implementation of Effective Hamiltonians for Quantum Information Processing," Master's Thesis, MIT, 2002. [Online]. Available: http://amfarid.scripts.mit.edu/resources/Theses/NAN-T00.pdf

[1] A. M. Farid, "Tip-Sample Contact Lateral Forces in Tapping and Contact Mode Operation of the Atomic Force Microscope," Bachelor's Thesis, MIT, 2000. [Online]. Available: http://amfarid.scripts.mit.edu/resources/Theses/NAN-TB00.pdf

## Technical Reports & White Papers

[10] P. Hegde, W. C. Schoonenberg, D. Thompson, and A. M. Farid, "The hetero-functional graph theory toolbox," Laboratory for Intelligent Integrated Networks of Engineering Systems. Thayer School of Engineering at Dartmouth, San Francisco, CA, United states, Tech. Rep., 2020. [Online]. Available: https://github.com/LIINES/HFGTToolbox

[9] D. Thompson and A. M. Farid, "Energy-water nexus: Reference architecture, hetero-functional graph theory analysis and equations of motion," Thayer School of Engineering at Dartmouth, Tech. Rep., 2019.

[8] A. M. Farid, Chiara, M. Alshareef, F. Rahimi, C.-I. Carlier, P. S. Badhesha, Garima, B. Liner, A. Corriveau, A. Stillwell, I. Khayal, W. C. Schoonenberg, J. S. Martins, and N. Cacho, "Smart cities: Drivers and challenges," IEEE Smart Cities Consortium, Piscataway, New Jersey, USA, Tech. Rep., 2018. [Online]. Available: http://engineering.dartmouth.edu/liines

TDC-0003673

[7] A. Muzhikyan, S. O. Muhanji, G. Moynihan, D. Thompson, Z. Berzolla, and A. M. Farid, "ISO New England System Operational Analysis and Renewable Energy Integration Study: Final Project Report," Laboratory for Intelligent Integrated Networks of Engineering Systems. Thayer School of Engineering at Dartmouth., Hanover, NH, USA, Tech. Rep., 2018. [Online]. Available: http://engineering.dartmouth.edu/liines/resources/TechReports/SPG-W07.pdf

[6] A. Muzhikyan, S. O. Muhanji, Z. Berzolla, and A. M. Farid, "2017 iso new england system operational analysis and renewable energy integration study: Project methodology report," Laboratory for Intelligent Integrated Networks of Engineering Systems, Hanover, NH, USA, Tech. Rep., 2017. [Online]. Available: http://engineering.dartmouth.edu/liines/resources/TechReports/SPG-W06.pdf

[5] M. A. Hadhrami, A. Viswanath, R. Al Junaibi, A. M. Farid, and S. Sgouridis, "Evaluation of Electric Vehicle Adoption Potential in Abu Dhabi [ETN-W02]," Masdar Institute of Science and Technology, Abu Dhabi, UAE, Tech. Rep., 2013. [Online]. Available: http://engineering.dartmouth.edu/liines/resources/TechReports/ETS-W05.pdf

[4] A. M. Farid, "Intelligent Transportation System Literature: LIINES White Paper [ETN-W04]," Laboratory for Intelligent Integrated Networks of Engineering Systems, Abu Dhabi, UAE, Tech. Rep. September, 2012. [Online]. Available: http://engineering.dartmouth.edu/liines/resources/TechReports/ETS-W04.pdf

[3] A. M. Farid, F. Hunt, and J. Moultrie, "Modularity and Re-Use: A Positioning Paper," University of Cambridge, Cambridge, U.K., Tech. Rep., 2005. [Online]. Available: http://amfarid.scripts.mit.edu/resources/TechReports/IEM-W03.pdf

[2] A. M. Farid, "A Review of Holonic Manufacturing Systems Literature," University of Cambridge - Institute for Manufacturing, Cambridge, U.K., Tech. Rep., 2004. [Online]. Available: http://amfarid.scripts.mit.edu/resources/TechReports/IEM-W02.pdf

[1] A. M. Farid, "The State of Auto-ID Technology in Manufacturing and Supply Chain Control," University of Cambridge - Institute for Manufacturing, Cambridge, UK, Tech. Rep., 2003. [Online]. Available: http://amfarid.scripts.mit.edu/resources/TechReports/IEM-W01.pdf

## Internal Memoranda & Progress Reports

[16] S. O. Muhanji, H. Tebbets, C. Below, and A. M. Farid, "Lebanon's transactive energy blockchain prototype. iies research grant final report," Laboratory for Intelligent Integrated Networks of Engineering Systems, Hannover, NH, Tech. Rep., 2020.

[15] A. M. Farid, "Eager ssdim: Synthetic and simulated data for the american multi-modal energy system," Laboratory for Intelligent Integrated Networks of Engineering Systems, Hannover, NH, Tech. Rep., 2019.

[14] A. M. Farid, "Eager ssdim: Synthetic and simulated data for the american multi-modal energy system," Laboratory for Intelligent Integrated Networks of Engineering Systems, Hannover, NH, Tech. Rep., 2018.

[13] A. M. Farid and K. Youcef-Toumi, "Reliable Power Grid Operation and Control in the Presence of Increasing Penetration of Variable Energy Resources – 5th Reporting Period," Masdar Institute of Science and Technology and MIT, Abu Dhabi, UAE, Tech. Rep., 2014.

TDC-0003674

[12] A. M. Farid and K. Youcef-Toumi, "Reliable Power Grid Operation and Control in the Presence of Increasing Penetration of Variable Energy Resources – 4th Reporting Period," Masdar Institute of Science and Technology and MIT, Abu Dhabi, UAE, Tech. Rep., 2013.

[11] A. M. Farid and K. Youcef-Toumi, "Reliable Power Grid Operation and Control in the Presence of Increasing Penetration of Variable Energy Resources – 3rd Reporting Period," Masdar Institute of Science and Technology and MIT, Abu Dhabi, UAE, Tech. Rep., 2012.

[10] A. M. Farid and K. Youcef-Toumi, "Reliable Power Grid Operation and Control in the Presence of Increasing Penetration of Variable Energy Resources – 2nd Reporting Period," Masdar Institute of Science and Technology and MIT, Abu Dhabi, UAE, Tech. Rep., 2012.

[9] A. M. Farid and K. Youcef-Toumi, "Reliable Power Grid Operation and Control in the Presence of Increasing Penetration of Variable Energy Resources – First Reporting Period," Masdar Institute of Science & Technology and MIT, Abu Dhabi, UAE, Tech. Rep., 2011.

[8] A. M. Farid, "Memo: Benelux CO2 Benchmark Execution 2007," Air Liquide Worldwide Industrial Management, Champigny-sur-Marne, France, Tech. Rep., 2007.

[7] A. M. Farid, "Memo: Benelux Energy Efficiency Benchmarking Covenant," Air Liquide Worldwide Industrial Management, Champigny-sur-Marne, France, Tech. Rep., 2007.

[6] A. M. Farid, "Memo: IPPC Air Liquide Impact," Air Liquide Worldwide Industrial Management, Champigny-sur-Marne, France, Tech. Rep., 2007.

[5] A. M. Farid, "Memo: IPPC Energy Efficiency BREF," Air Liquide Worldwide Industrial Management, Champigny-sur-Marne, France, Tech. Rep., 2007.

[4] A. M. Farid, "Memo: IPPC Industrial Cooling System BREF," Air Liquide Worldwide Industrial Management, Champigny-sur-Marne, France, Tech. Rep., 2007.

[3] A. M. Farid, "Memo: IPPC Rationalization Process," Air Liquide Worldwide Industrial Management, Champigny-sur-Marne, France, Tech. Rep., 2007.

[2] A. M. Farid, "Memo: IPPC Relationships to European Regulations," Air Liquide Worldwide Industrial Management, Champigny-sur-Marne, France, Tech. Rep., 2007.

[1] A. M. Farid, "Memo: Noise Reduction in IPPC Regulation," Air Liquide Worldwide Industrial Management, Champigny-sur-Marne, France, Tech. Rep., 2007.

## Workshop Presentations

[52] S. O. Muhanji and A. M. Farid, "Lebanon NH Transactive Energy Control System with Time-Varying Consumer Preferences." in *Transactive Energy Systems Workshop 3: Transactive Energy System Theory Connecting Capacity, Operations, and Planning.*, Virtual Event, September 2020.

[51] A. M. Farid, "Arctic Resilient Intelligent Ingrated Eenrgy System (ARIIES) Progress Presentation: May 2020," in *CRREL-ARIIES Progress Meeting*, Hanover, NH, USA, May 2020, pp. 1–7.

[50] A. M. Farid, "Arctic Resilient Intelligent Ingrated Eenrgy System (ARIIES) Progress Presentation: April 15 2020," in *CRREL-ARIIES Progress Meeting*, Hanover, NH, USA, April 15 2020, pp. 1–25.

TDC-0003675