[49] A. M. Farid, "Arctic Resilient Intelligent Ingrated Eenrgy System (ARIIES) Progress Presentation: April 2020," in *CRREL-ARIIES Progress Meeting*, Hanover, NH, USA, April 2020, pp. 1–15.

[48] A. M. Farid, "Arctic Resilient Intelligent Ingrated Eenrgy System (ARIIES) Data Needs," in *CRREL-ARIIES Data Needs Meeting*, Hanover, NH, USA, 2019, pp. 1–14.

[47] A. Viswanath and A. M. Farid, "A Hybrid Dynamic System Model for the Assessment of Transportation Electrification," in *5th MIT-MI Joint Workshop on the Reliability of Power System Operation & Control in the Presence of Increasing Penetration of Variable Energy Sources*, Abu Dhabi, UAE, 2013, pp. 1–28.

[46] A. Muzhikyan, A. M. Farid, and K. Y. Toumi, "Variable Energy Resource Induced Power System Imbalances," in *5th MIT-MI Joint Workshop on the Reliability of Power System Operation & Control in the Presence of Increasing Penetration of Variable Energy Sources*, Abu Dhabi, UAE, 2013, pp. 1–41.

[45] W. N. Lubega and A. M. Farid, "An Engineering Systems Model to Support Analysis of the Energy-Water Nexus," in *5th MIT-MI Joint Workshop on the Reliability of Power System Operation & Control in the Presence of Increasing Penetration of Variable Energy Sources*, no. October, Abu Dhabi, UAE, 2013, pp. 1–20.

[44] R. C. Francy, A. M. Farid, and K. Youcef-Toumi, "Enhanced Power System State Estimation Techniques for the Incorporation of Variable Energy Resources," in *4th MIT-MI Joint Workshop on the Reliability of Power System Operation & Control in the Presence of Increasing Penetration of Variable Energy Sources.*, Abu Dhabi, UAE, 2013, pp. 1–6.

[43] R. C. Francy, A. M. Farid, and K. Youcef-Toumi, "Weather Aided State Estimation (WASE)," in *4th MIT-MI Joint Workshop on the Reliability of Power System Operation & Control in the Presence of Increasing Penetration of Variable Energy Sources.*, Abu Dhabi, UAE, 2013, pp. 1–6.

[42] R. Al Junaibi and A. M. Farid, "A Method for the Technical Feasibility Assessment of Electric Vehicle Penetration," in *4th MIT-MI Joint Workshop on the Reliability of Power System Operation & Control in the Presence of Increasing Penetration of Variable Energy Sources.*, Abu Dhabi, UAE, 2013, pp. 1–6.

[41] W. N. Lubega, A. M. Farid, and K. Youcef-Toumi, "Architecture of the Energy-Water Nexus," in *4th MIT-MI Joint Workshop on the Reliability of Power System Operation & Control in the Presence of Increasing Penetration of Variable Energy Sources.*, Abu Dhabi, UAE, 2013, pp. 1–6.

[40] A. Muzhikyan, A. M. Farid, and K. Youcef-Toumi, "Thesis Introduction," in *4th MIT-MI Joint Workshop on the Reliability of Power System Operation & Control in the Presence of Increasing Penetration of Variable Energy Sources.*, Abu Dhabi, UAE, 2013, pp. 1–6.

[39] A. Muzhikyan, A. M. Farid, and K. Youcef-Toumi, "Simulation Results," in *4th MIT-MI Joint Workshop on the Reliability of Power System Operation & Control in the Presence of Increasing Penetration of Variable Energy Sources.*, Abu Dhabi, UAE, 2013, pp. 1–6.

[38] A. Santhosh, A. M. Farid, and K. Youcef-Toumi, "Real Time Dispatch of Power and Water Networks," in *4th MIT-MI Joint Workshop on the Reliability of Power System Operation & Control in the Presence of Increasing Penetration of Variable Energy Sources.*, Abu Dhabi, UAE, 2013, pp. 1–6.

[37] A. Santhosh, A. M. Farid, and K. Youcef-Toumi, "Optimal Power and Water Flow Networks," in *4th MIT-MI Joint Workshop on the Reliability of Power System Operation & Control in the Presence of Increasing Penetration of Variable Energy Sources.*, Abu Dhabi, UAE, 2013, pp. 1–6.

[36] R. Al Junaibi and A. M. Farid, "Technical Feasibility Assessment of Abu Dhabi ITS for Electric Vehicles," in *2nd MHI-MI Joint Workshop on the Electric Vehicle Adoption Feasibility in Abu Dhabi*, Abu Dhabi, UAE, 2013, pp. 1–27.

[35] R. Al Junaibi and A. M. Farid, "Development of EV Traffic Simulation Study and Scenarios," in *2nd MHI-MI Joint Workshop on the Electric Vehicle Adoption Feasibility in Abu Dhabi*, Abu Dhabi, UAE, 2013, pp. 1–19.

[34] R. Al Junaibi and A. M. Farid, "Studying the Impact of Electric Vehicles on Abu Dhabi's Grid," in *2nd MHI-MI Joint Workshop on the Electric Vehicle Adoption Feasibility in Abu Dhabi*, Abu Dhabi, UAE, 2013, pp. 1–16.

[33] R. Al Junaibi and A. M. Farid, "A Method for the Technical Feasibility Assessment of Electric Vehicle Penetration," in *2nd MHI-MI Joint Workshop on the Electric Vehicle Adoption Feasibility in Abu Dhabi*, Abu Dhabi, UAE, 2013, pp. 1–24.

[32] A. Muzhikyan, A. M. Farid, and K. Youcef-Toumi, "Variable Energy Resource Induced Power System Imbalance as Mitigated by Real-Time Markets and Operator Actions," in *3rd MIT-MI Joint Workshop on the Reliability of Power System Operation & Control in the Presence of Increasing Penetration of Variable Energy Sources*, Abu Dhabi, UAE, 2012, pp. 1–6.

[31] A. M. Farid, "Smart Grid Transient Stability Simulator v1.0," in *3rd MIT-MI Joint Workshop on the Reliability of Power System Operation & Control in the Presence of Increasing Penetration of Variable Energy Sources*, Abu Dhabi, UAE, 2012, pp. 1–39.

[30] A. M. Farid and K. Youcef-Toumi, "Introduction to Transient Stability Analysis," in *3rd MIT-MI Joint Workshop on the Reliability of Power System Operation & Control in the Presence of Increasing Penetration of Variable Energy Sources*, Abu Dhabi, UAE, 2012, pp. 1–21.

[29] A. M. Farid and K. Youcef-Toumi, "Program Agenda and Abstracts," in *3rd MIT-MI Joint Workshop on the Reliability of Power System Operation & Control in the Presence of Increasing Penetration of Variable Energy Sources*, Abu Dhabi, UAE, 2012, pp. 1–5.

[28] R. C. Francy, A. M. Farid, and K. Youcef-Toumi, "Event-Triggered State Estimation for Variable Energy Resources Management," in *3rd MIT-MI Joint Workshop on the Reliability of Power System Operation & Control in the Presence of Increasing Penetration of Variable Energy Sources.*, Abu Dhabi, UAE, 2012, pp. 1–6.

[27] R. Al Junaibi and A. M. Farid, "A Method for the Technical Feasibility Assessment of Electric Vehicle Penetration," in *3rd MIT-MI Joint Workshop on the Reliability of Power System Operation & Control in the Presence of Increasing Penetration of Variable Energy Sources*, 2012, pp. 1–16.

[26] W. N. Lubega and A. M. Farid, "Water Flow Analysis," in *3rd MIT-MI Joint Workshop on the Reliability of Power System Operation & Control in the Presence of Increasing Penetration of Variable Energy Sources*, Abu Dhabi, UAE, 2012, pp. 1–23.

[25] A. Santhosh, A. M. Farid, and K. Youcef-Toumi, "Simultaneous Economic Dispatch of Power and Water Networks," in *3rd MIT-MI Joint Workshop on the Reliability of Power System Operation &*

*Control in the Presence of Increasing Penetration of Variable Energy Sources*, Abu Dhabi, UAE, 2012, pp. 1–20.

[24] H. M. Abdelhalim, A. M. Farid, A. Adegbege, L. Rouco, and K. Youcef, "Small-Signal Stability Analysis of Multi-Machine Power Networks with Large Scale Integration of Wind Power," in *2nd MIT-MI Joint Workshop on the Reliability of Power System Operation & Control in the Presence of Increasing Penetration of Variable Energy Sources*, Abu Dhabi, UAE, 2012, pp. 1–32.

[23] A. Adegbege, A. M. Farid, and K. Youcef-Toumi, "Electric Market Optimization with Demand Side Response," in *2nd MIT-MI Joint Workshop on the Reliability of Power System Operation & Control in the Presence of Increasing Penetration of Variable Energy Sources*, Abu Dhabi, UAE, 2012, pp. 1–15.

[22] M. F. Aftab and A. M. Farid, "Towards Automated Demand Side Management for Commercial Enterprises," in *2nd MIT-MI Joint Workshop on the Reliability of Power System Operation & Control in the Presence of Increasing Penetration of Variable Energy Sources.*, Abu Dhabi, UAE, 2012, pp. 1–6.

[21] A. M. Farid and K. Youcef-Toumi, "Introductions and Workshop Goals," in *2nd MIT-MI Joint Workshop on the Reliability of Power System Operation & Control in the Presence of Increasing Penetration of Variable Energy Sources*, Abu Dhabi, UAE, 2012, pp. 1–11.

[20] A. M. Farid, "LIINES Future Directions," in *2nd MIT-MI Joint Workshop on the Reliability of Power System Operation & Control in the Presence of Increasing Penetration of Variable Energy Sources*, Abu Dhabi, UAE, 2012, pp. 1–12.

[19] R. C. Francy, A. M. Farid, and K. Youcef-Toumi, "Variable Energy Resource Event Triggered State Estimation," in *2nd MIT-MI Joint Workshop on the Reliability of Power System Operation & Control in the Presence of Increasing Penetration of Variable Energy Sources.*, Abu Dhabi, UAE, 2012, pp. 1–6.

[18] R. Al Junaibi and A. M. Farid, "Technical Feasibility Assessment of Electric Vehicles in Abu Dhabi Road Transport," in *2nd MIT-MI Joint Workshop on the Reliability of Power System Operation & Control in the Presence of Increasing Penetration of Variable Energy Sources.*, Abu Dhabi, UAE, 2012, pp. 1–6.

[17] A. Muzhikyan, A. M. Farid, and K. Youcef-Toumi, "Power System Operator Decision Support in the Presence of Variable Energy Resources," in *2nd MIT-MI Joint Workshop on the Reliability of Power System Operation & Control in the Presence of Increasing Penetration of Variable Energy Sources.*, Abu Dhabi, UAE, 2012, pp. 1–12.

[16] A. Santhosh, A. M. Farid, and K. Youcef-Toumi, "Efficient Co-Production and Dispatch of Optimal Power and Water Flow," in *2nd MIT-MI Joint Workshop on the Reliability of Power System Operation & Control in the Presence of Increasing Penetration of Variable Energy Sources*, Abu Dhabi, UAE, 2012, pp. 1–14.

[15] H. M. Abdelhalim, A. M. Farid, and K. Youcef-Toumi, "Small Signal Stability Analysis: Overview and Example," in *1st MIT-MI Joint Workshop on the Reliability of Power System Operation & Control in the Presence of Increasing Penetration of Variable Energy Sources*, Abu Dhabi, UAE, 2012, pp. 1–36.

[14] A. A. Adegbege, A. M. Farid, and K. Youcef-Toumi, "State Estimation in Electrical Power System Networks," in *1st MIT-MI Joint Workshop on the Reliability of Power System Operation & Control in the Presence of Increasing Penetration of Variable Energy Sources*, Abu Dhabi, UAE, 2012, pp. 1–23.

[13] A. A. Adegbege, A. M. Farid, and K. Youcef-Toumi, "Transmission System Reliability Assessment : Alternative Views," in *1st MIT-MI Joint Workshop on the Reliability of Power System Operation & Control in the Presence of Increasing Penetration of Variable Energy Sources*, Abu Dhabi, UAE, 2012, pp. 1–19.

[12] A. M. Farid and K. Youcef-Toumi, "Introductions and Workshop Goals," in *1st MIT-MI Joint Workshop on the Reliability of Power System Operation & Control in the Presence of Increasing Penetration of Variable Energy Sources*, Abu Dhabi, UAE, 2011, pp. 1–9.

[11] R. C. Francy, A. M. Farid, and K. Youcef-Toumi, "Power Grid Monitoring System- SCADA & Synchrophasor Technology," in *1st MIT-MI Joint Workshop on the Reliability of Power System Operation & Control in the Presence of Increasing Penetration of Variable Energy Sources*, Abu Dhabi, UAE, 2012, pp. 1–26.

[10] R. Al Junaibi and A. M. Farid, "The Impact of the Transportation-Electricity Nexus on the Technical Potential of Electric Vehicles in Abu Dhabi," in *1st MIT-MI Joint Workshop on the Reliability of Power System Operation & Control in the Presence of Increasing Penetration of Variable Energy Sources*, Abu Dhabi, UAE, 2012, pp. 1–20.

[9] A. Muzhikyan, A. M. Farid, and K. Youcef-Toumi, "Performance Comparison of Power Grid Operator Procedures with Existing Dynamic Reconfiguration Techniques," in *1st MIT-MI Joint Workshop on the Reliability of Power System Operation & Control in the Presence of Increasing Penetration of Variable Energy Sources*, Abu Dhabi, UAE, 2012, pp. 1–21.

[8] A. Santhosh, A. M. Farid, and K. Youcef-Toumi, "Optimization Problems for Power Systems Applications," in *1st MIT-MI Joint Workshop on the Reliability of Power System Operation & Control in the Presence of Increasing Penetration of Variable Energy Sources*, Abu Dhabi, UAE, 2012, pp. 1–40.

[7] A. Santhosh, A. M. Farid, and K. Youcef-Toumi, "Essentials of Power Systems Markets," in *1st MIT-MI Joint Workshop on the Reliability of Power System Operation & Control in the Presence of Increasing Penetration of Variable Energy Sources*, Abu Dhabi, UAE, 2012, pp. 1–31.

[6] E. Theodorou, A. M. Farid, and K. Youcef-Toumi, "Small Signal Stability Analysis with Integrated Solar Power Sources," in *1st MIT-MI Joint Workshop on the Reliability of Power System Operation & Control in the Presence of Increasing Penetration of Variable Energy Sources*, Abu Dhabi, UAE, 2012, pp. 1–24.

[5] A. M. Farid, "Impacts of Electric Vehicle Penetration on Abu Dhabi Power Distribution," in *1st MHI-MI Joint Workshop on the Electric Vehicle Adoption Feasibility in Abu Dhabi*, Abu Dhabi, UAE, 2012, pp. 1–6.

[4] A. M. Farid, "Intelligent Transportation System Literature," in *1st MHI-MI Joint Workshop on the Electric Vehicle Adoption Feasibility in Abu Dhabi*, no. September. Abu Dhabi, UAE: Masdar Institute of Science and Technology, 2012, pp. 1–6.

[3] A. M. Farid, "Analysis of Abu Dhabi Intelligent Transportation System," in *1st MHI-MI Joint Workshop on the Electric Vehicle Adoption Feasibility in Abu Dhabi*, Abu Dhabi, UAE, 2012, pp. 1–6.

[2] A. M. Farid, S. Sgouridis, and H. Ono, "Data Requirements for Traffic Simulation," in *1st MHI-MI Joint Workshop on the Electric Vehicle Adoption Feasibility in Abu Dhabi*, no. September, Abu Dhabi, UAE, 2012, pp. 1–15.

Case 1:23-cv-00426-SM Document 38-5 Filed 05/01/25 Page 5 of 10



[1] R. Al Junaibi and A. M. Farid, "Abu Dhabi Intelligent Transportation Systems," in *1st MHI-MI Joint Workshop on the Electric Vehicle Adoption Feasibility in Abu Dhabi*, Abu Dhabi, UAE, 2012, pp. 1–6.

## Research Posters

[5] T. Van der Wardt, D. Allan, R. Al Junaibi, A. Viswanath, P. Hegde, and A. M. Farid, "Research poster: Intelligent transportation energy systems for massively electrified transportation infrastructure," Lenggries, Germany, Tech. Rep., 2019.

[4] A. M. Farid, "Research Poster: Integrated Control, Automation, & IT for Sustainable Large Complex Engineering Systems," Masdar Institute of Science and Technology, Abu Dhabi, UAE, Tech. Rep., 2012.

[3] R. Al Junaibi and A. M. Farid, "Research Poster: A Method for the Technical Feasibility Assessment of Electric Vehicle Penetration," *EPFL UAE-Swiss Research Day*, p. 1, 2012.

[2] A. M. Farid and K. Youcef-Toumi, "Research Poster: Reliable Power Grid Operation and Control in the Presence of Increasing Penetration of Variable Energy Resource," p. 1, 2011.

[1] M. F. Aftab and A. M. Farid, "Research Poster: Towards Automated Demand-Side Management for the Commercial Sector," in *MIT Energy Conference*, Cambridge, MA, USA, 2011, p. 1.



TDC-0003680

## 5.2 Industrial & Governmental Engagement

### 5.2.1 Dartmouth Research Contracts and Grants

| Year | Agency | Role | Title | Budget | Status |
|---|---|---|---|---|---|
| 2021 | Sustainable H20 | PI | Techno-Economic Assessment of the Sustainable H20 Water Treatment Technology. Apr-Aug 2021. | ~$25,000 | Provisionally Accepted |
| 2020 | U.S. Army CRREL | Co-PI | Phase 2: Resilient Energy System Solutions for Extremely Cold Regions Jul. 2020-Jul. 2022. | $1,500,000 ($429,611 PI-Portion 2.5 PI-Months 12 PhD-Months[1]) | Awarded |
| 2019 | Institute for Security, Technology and Society | PI | Developing a Hetero-Functional Graph Theory for Enhancing the Resilience of Cyber-Physical Systems Sep. 2019-Jul. 2021. | $ 80,000 PI-Months N/A[2] 15 PhD-Months | Awarded |
| 2019 | Electric Power Research Institute (EPRI) | PI | The Energy Internet of Things Extensible Information Model and Simulation (eIoT-XIMSIM) Phase I: Project Conceptualization Jul. 2019 - Jan. 2020. | $ 81,681 2 PI-Months 3 PhD-Months | Awarded |
| 2019 | NSF | PI | (SSDIM-AMES-3D+) American Multi-Modal Energy System Synthetic & Simulated Data Plus. Sep. 2019 - Sep. 2021. | $ 260,757 2 PI-Months 24 PhD-Months | Awarded |
| 2019 | U.S. Army CRREL | Co-PI | Resilient Arctic Energy Systems Aug. 2019 - Feb. 2022. | $1,500,000 ($443,535 PI-Portion) 1 PI-Month PhD-Months N/A[3] | Awarded |
| 2018 | Irving Institute for Energy & Society at Dartmouth | PI | Lebanon's Transactive Energy Blockchain Prototype Jan. 2019 - Jan. 2020. | $39,814 0.25 PI-Months 7 PhD-Months | Awarded |

[1] Postdoc funding not shown will likely be shifted to PhD student funding.
[2] N/A means not allowed by the sponsor at the time of award.
[3] N/A means not allowed by the sponsor at the time of the award. Since then, all of the postdoc funding (as the largest budget item) has been shifted to PhD student funding.

Case 1:23-cv-00426-SM Document 38-5 Filed 05/01/25 Page 7 of 10



| | | | | | |
|---|---|---|---|---|---|
| 2017 | DOE | PI | How Much Flexibility Can the Water Infrastructure Provide to the Electric Power System in New England? Nov. 2017 - May 2018. | $ 70,00 ($35,000 PI-Portion) 0.1 PI-Months 4.3 PhD-Months | Awarded |
| 2017 | NSF | PI | (SSDIM-AMES-3D) American Multi-Modal Energy System Synthetic & Simulated Data. Sep. 2017 - Sept. 2019. | $ 200,000 1.1 PI-Months 24 PhD-Months | Awarded |
| 2017 | Electric Power Research Institute (EPRI) | PI | Energy Internet of Things. Sep. 2017 - Jan. 2018. | $ 40,119 0.5 PI-Months 3 PhD-Months | Awarded |
| 2017 | ISO New England (ISO-NE) | PI | (SOARES) System Operational Analysis and Renewable Energy Integration Study. Mar. 2017 - Apr. 2018. | $ 250,000 2.65 PI-Months 18 PI-Months | Awarded |
| **Total** | **Single-PI Funding** | | | $1,885,516 | |
| **Total** | **External Funding** | | | $ 4,024,919 | |

### 5.2.2 Dartmouth Research Proposals – Other

| Year | Agency | Role | Title | Budget | Status |
|---|---|---|---|---|---|
| 2021 | NSF-S&CC | PI | SCC-IRG: Lebanon's Transactive Energy Community (LEBTEC) | $2,500,000 | Awaiting |
| 2020 | NSF-Mid-scale RI-1 | Co-PI | Interoperable Cyberinfrastructure for Intelligent Water Systems (i4Water) (Pre-Proposal) | $8,000,000 | Awaiting |
| 2020 | NSF-LEAP-HI | PI | LEAP-HI: America's Communication, Health, Energy, & Water Resilient Infrastructure (ACHEW-RI) Post-COVID-19 | $1,999,985 | Awaiting |
| 2020 | NIH-NCI | Co-PI | A Novel Data-Driven Method to Simulate the Behavior of the American Cancel Healthcare Delivery System | $451,000 | Awaiting |
| 2020 | Irving Institute for Energy & Society at Dartmouth | Co-PI | Self-Powered Wireless Sensor Networks for Improving Urban Energy Efficiency | $100,000 | Declined |



TDC-0003682

| | | | | | |
|---|---|---|---|---|---|
| 2019 | Shell New Energy | PI | Demonstrating Sustainable Value: The Lebanon Blockchain Transactive Energy Control (LEBTEC) Software | $138,658 | Awaiting |
| 2019 | DOE | PI | Secure Synergistic Solar Sites (S4): Transactive Energy Grid Services from BTM | $ 2,950,000 | Declined |
| 2019 | DOE | PI | The Impact of Snowfall on Grid Operator's Solar PV Generation | $ 45,671 | Declined |
| 2019 | BP | PI | Dartmouth's Intelligent Multi-Modal Energy System (DIMES) | $1,087,709 | Awaiting |
| 2019 | Dartmouth | PI | Dartmouth's Renewable Energy Management System (DREEMS) | $68,065 | Awaiting |
| 2019 | NSF | Co-PI | AccelNet: Accelerating Convergence for Sustainable and Resilient Urban Infrastructure Systems (SuRbInS): A Global Network of Networks | $1,500,000 | LOI Submitted |
| 2018 | DOE | PI | Synergistic Solar Sites (S3): Transactive Control to Leverage Behind the Meter DERs | $ 3,668,700 | Declined – Advanced to Final Round |
| 2018 | Ingersoll RAND | PI | Managing the Global Integrated Supply Chain for the ThermoKing Galway Facility | $ 369,544 | Awaiting |
| 2018 | Energy Foundation (New England) | PI | Deep Decarbonization of the New England Energy System *(Invited Concept Paper)* | TBD | Awaiting |
| 2018 | Hewlett Foundation | PI | Deep Decarbonization of the New England Energy System *(Letter of Intent)* | TBD | Awaiting |
| 2018 | Energy Foundation (New England) | PI | Deep Decarbonization of the New England Energy System *(Letter of Intent)* | TBD | Accepted - Invitation for Concept Paper |
| 2018 | Regenerative Agriculture Foundation | PI | Food-Energy-Water Nexus Microgrid *(Letter of Intent)* | TBD | Awaiting |
| 2018 | Russell Foundation | PI | A Food-Energy-Water Nexus Microgrid *(Letter of Intent)* | TBD | Awaiting |

| | | | | | |
|---|---|---|---|---|---|
| 2018 | Energy Foundation (CA) | PI | Transformation of California's Transportation Electricity Nexus *(Letter of Intent)* | TBD | Awaiting |
| 2018 | DOE-EPSCOR | PI | An Enterprise Control Methodology for the Implementation of Transactive Energy *(pre-proposal)* | $ 750,000 | Declined at Provost's Office |
| 2018 | ARPA-E | PI | Microgrids for All: Integrated Techno-Economic Management of Consumer-Owned Energy Assets *(concept paper)* | $ 3,000,000 | Declined |
| 2018 | Heller Foundation | PI | Solving Energy Scarcity, Water Scarcity, and Nutrient-Deficient Soils for Rural Farms *(concept paper)* | $ 50,000 | Awaiting |
| 2017 | MassDOT | Co-PI | New England University Transportation Center | $ 3,000,000 | Declined |
| 2017 | Norface/NSF | Co-PI | (BOETS) Barriers and Opportunities to Electricity?s Transformation to Sustainability | $ 643,191 | Declined |
| 2017 | Neukom Institute | PI | Resilience in the American Multi-Modal Energy System | $ 40,000 | Declined |
| 2016 | DOE-BPA | PI | Coordinated Planning & Operation of Renewable Energy, Demand Side, & Hydro Energy Resources in the BPA Power Grid Enterprise Control | $494,565 | Declined |
| 2016 | NSF | PI | INFEWS/T1:An Infrastructure Systems Modeling Methodology for the Food-Energy-Water Nexus at Multiple Spatial & Temporal Scales | $3,000,000 | Declined – Competitive Rating |
| 2016 | Dartmouth College | PI | Modeling the Multi-Carrier Dartmouth Energy System for Sustainability & Resilience | $119,727 | Declined due to Insufficient Funds |
| 2016 | DARPA-BBN Subcontract | Co-PI | Situational Awareness of the Power Grid: A Locational Marginal Pricing Approach | $600,000 | Declined w/o review by BBN & OSP |

| | | | | | |
|---|---|---|---|---|---|
| 2015 | NSF-EPSCOR | PI | RII Track-2 FEC: Policy, Infrastructure & Technology Transition to a Sustainable American Food-Energy-Water Nexus | $5,999,951 | Declined at Provost's Office |
| 2015 | Abu Dhabi Department of Transportation | PI | An Energy Management Function for the Intelligent Transportation Systems of the Emirate of Abu Dhabi | $1,494,685 | Awaiting |
| **Total** | **Awarded** | | | – | |

### 5.2.3 Masdar Institute Research Contracts & Grants

| Year | Award # | Role | Title | Expenditures |
|---|---|---|---|---|
| 2013 | Energypath Travel grant | Principal Investigator | Coordination & Control of Multiple Microgrids Using Multi-Agent Systems | $1000 |
| Mar 2012 - Mar 2013 | 11EZZA1 Mitsubishi Heavy Industries -METI | Principal Investigator | Potential for Electric Vehicle Adoption in Abu Dhabi | $326,413 |
| Feb 2011 - Jan 2014 | 10EAMA1 MIT-MI Joint Project | Principal Investigator | Reliable Power Grid Operation & Control in the Presence of Increasing Penetration of Variable Energy Resources | $500,000 |
| **Total** | | | | $827,413 |

### 5.2.4 Industrial Agreements w/o Funding

**Academic Software Program.** Bentley Infrastructure Software Suite. Bentley 2012. (54 Industrial Grade Applications x 10 licenses with Free Training. Approximate Value: $500,000)

**Academic Software & Training Program.** AcclaroDFSS. Axiomatic Design Inc. 2012. (Approximate Value: 10 licenses x $1300= $13,000)

**Memorandum of Understanding** Abu Dhabi Department of Transportation. 2012.

**Memorandum of Understanding** Abu Dhabi Water & Energy Authority. 2012