UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| AMRO FARID,<br><br>                Plaintiff,<br><br>v.<br><br>TRUSTEES OF DARTMOUTH COLLEGE,<br><br>                Defendant. | CIVIL ACTION NO. 1:23-cv-00426-SM |

**MOTION FOR RECONSIDERATION OF JUNE 5, 2025 ORDER**

Plaintiff Amro Farid ("Plaintiff") submits this Motion for Reconsideration, under Local Rule 7.2(d), concerning a single sentence in the June 5, 2025 Order of the Court: "Plaintiff shall also provide, as promptly as is practical, the metadata related to document production, as agreed in the ESI protocol." Order at 2. As explained in the accompanying Memorandum of Law, complying with this sentence as written is virtually impossible where the original production was made via PDF format. Metadata cannot be extracted from the PDF files produced to Defendant, as Plaintiff informed Defendant back in July 2024 and reconfirmed recently; instead, Plaintiff will have to recreate his entire production from scratch to produce metadata at this time. Plaintiff therefore asks the Court to strike the sentence as written from the June 5, 2025 Order, or, as an alternative, modify the sentence to exclude from the Order the production made on December 11, 2024 which were emails located through manual searches and converted to PDF, as fully explained below.

WHEREFORE, for the foregoing reasons and the reasons explained in the accompanying Memorandum of Law and exhibits, the Plaintiff moves this Court to STRIKE the sentence from the June 5, 2025 Order identified above, or modify the sentence as described above.

.

Date: June 20, 2025

                                        Respectfully submitted,

                                        PLAINTIFF AMRO FARID,

                                        By his attorneys,

By:   */s/ Joseph L. Sulman*
       Joseph L. Sulman, MA BBO #663635
       (admitted *pro hac vice*)
       LAW OFFICE OF JOSEPH L. SULMAN
       255 Bear Hill Road, Suite 204
       Waltham, MA 02451
       (617) 521-8600
       jsulman@sulmanlaw.com

and

By:   */s/ Mark M. Whitney*
       Mark M. Whitney, NH Bar No. 11892
       Kyle E. Cullen, NH Bar No. 278895
       WHITNEY LAW GROUP, LLC
       11 State Street
       Marblehead, MA 01945
       (781) 631-4400
       mwhitney@whitneylawgroup.com
       kcullen@whitneylawgroup.com

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on June 20, 2025.

                                */s/ Joseph L. Sulman*
                                Joseph L. Sulman