```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

<u>Amro Farid</u>

    v.                                            Case No. 23-cv-426-SM

<u>Trustees of Dartmouth College</u>


                               <u>JUDGMENT</u>

    Judgment is hereby entered in accordance with the Order by Judge Steven J. McAuliffe dated July 2, 2025.

    The prevailing party may recover costs consistent with Fed. R. Civ. P. 54(d) and 28 U.S.C. § 1920.

                                         By the Court:

                                         /s/ Tracy A. Uhrin
                                         Tracy A. Uhrin
                                         Clerk of Court


Date: July 2, 2025

cc:   Counsel of Record